# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT

☐ SUPERSEDING

### OFFENSE CHARGED

21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

See penalty sheet attachment

---

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA

FILED 2010 MAY

DEFENDANT - U.S.

YURI LAMBERT

DISTRICT COURT NUMBER

CR 10 0376

JSW

---

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

10-70336 BZ

Name and Office of Person
Furnishing Information on
THIS FORM          Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)        Nicole M. Kim

---

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges           ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes  ☐ No   If "Yes" give date filed

DATE OF ARREST   Month/Day/Year   4/23/2010

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## YURI LAMBERT

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT**

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:

See penalty sheet attachment

─── Name of District Court, and/or Judge/Magistrate Location ───

NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

JAMES EDMONDS

DISTRICT COURT NUMBER

CR 10 0376 JSW

──────── **DEFENDANT** ────────

**IS *NOT* IN CUSTODY**

Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

─── **PROCEEDING** ───

Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Att'y  ☐ Defense

☐ SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

10-70336 BZ

Name and Office of Person
Furnishing Information on THIS FORM     Joseph P. Russoniello

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     Nicole M. Kim

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

**DATE OF ARREST**  Month/Day/Year  4/23/2010

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**  Month/Day/Year

☐ This report amends AO 257 previously submitted

─────── **ADDITIONAL INFORMATION OR COMMENTS** ───────

**PROCESS:**

☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:

☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**JAMES EDMONDS**



**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

---

**OFFENSE CHARGED**

21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

See penalty sheet attachment

---

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

10-70336 BZ

Name and Office of Person Furnishing Information on THIS FORM
Joseph P. Russoniello

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   Nicole M. Kim

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAY

DEFENDANT - U.S.
RICHARD W.
OSHAN COOK
CLERK
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COURT NUMBER

CR 10 0376

JSW

---

**DEFENDANT**

**IS _NOT_ IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST**   4/23/2010   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance   *Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## OSHAN COOK

### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

___ OFFENSE CHARGED ___

21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
See penalty sheet attachment

**DEFENDANT - U.S.**

VICTORIA VANLAANEN

**DISTRICT COURT NUMBER**

CR 10 0376

___ PROCEEDING ___
Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
10-70336 BZ

Name and Office of Person
Furnishing Information on THIS FORM      Joseph P. Russoniello
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)      Nicole M. Kim

___ DEFENDANT ___

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges      } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?   ☐ Yes   ☐ No   } If "Yes" give date filed

**DATE OF ARREST**   4/23/2010      Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**   Month/Day/Year

☐ This report amends AO 257 previously submitted

___ ADDITIONAL INFORMATION OR COMMENTS ___

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**VICTORIA VANLAANEN**

**CR 1 0 0 3 7 6**

**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

CR 10 0376 JSW

---

### UNITED STATES OF AMERICA,

### V.

### YURI LAMBERT,
### JAMES EDMONDS,
### OSHAN COOK, and
### VICTORIA VANLAANEN,

### DEFENDANTS

---

# INDICTMENT

---

21 U.S.C. § 846- Conspiracy to Possess with Intent to Distribute and to Distribute
MDMA;
21 U.S.C. §§ 841(a)(1) & (b)(1)(C) - Possession with Intent to Distribute MDMA;
18 U.S.C. § 2 - Aiding and Abetting; Criminal Forfeiture Allegation

---

A true bill.

_____
Foreman

Filed in open court this _____6_____ day of

_____May , 2010_____.

_____    KAREN L. HOM
JOSEPH C. SPERO                                         Clerk
UNITED STATES MAGISTRATE JUDGE

Bail, $ _No prem_

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney                          FILED
2                                                  2010 MAY -6 P 3: 22
3                                                  RICHARD W. WIEKING
                                                   CLERK, U.S. DISTRICT COURT
4                                                  NORTHERN DIST. OF CALIFORNIA

5

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA                    JSW

10                     SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA      C R   No 10  0 3 7 6

13                                     )     VIOLATIONS: 21 U.S.C. § 846 –
                                       )     Conspiracy to Possess with Intent to
14    v.                               )     Distribute and to Distribute MDMA;
                                       )     21 U.S.C. §§ 841(a)(1) & (b)(1)(C) –
15  YURI LAMBERT,                      )     Possession with Intent to Distribute MDMA;
    JAMES EDMONDS,                     )     18 U.S.C. § 2 – Aiding and Abetting;
16  OSHAN COOK, and                    )     Criminal Forfeiture Allegation
    VICTORIA VANLAANEN,                )
17                                     )     SAN FRANCISCO VENUE
                                       )
18        Defendants.                  )
                                       )
19  _____)

20                      I N D I C T M E N T

21  The Grand Jury charges:

22  COUNT ONE:

23        Beginning at a time unknown to the Grand Jury, but no later than in or around March

24  2010, and continuing thereafter up through and including April 22, 2010, both dates being

25  approximate and inclusive, in the Northern District of California and elsewhere, the defendants,

26                            YURI LAMBERT,
                              JAMES EDMONDS,
27                            OSHAN COOK, and
                           VICTORIA VANLAANEN,
28

    INDICTMENT

1  and others known and unknown, knowingly and intentionally conspired to possess with intent to

2  distribute and to distribute 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I

3  controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and

4  841(b)(1)(C).

5  COUNT TWO:

6       On or about April 22, 2010, in the Northern District of California, the defendants,

7  YURI LAMBERT,<br>JAMES EDMONDS,

8  OSHAN COOK, and<br>VICTORIA VANLAANEN,

9

10 did knowingly and intentionally possess with intent to distribute

11 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation

12 of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States

13 Code, Section 2.

14 COUNT THREE:

15      On or about April 22, 2010, in the Northern District of California, the defendant,

16 OSHAN COOK,

17 did knowingly and intentionally possess with intent to distribute 3,4

18 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of

19 Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States

20 Code, Section 2.

21 FORFEITURE ALLEGATION:

22     1.    The factual allegations contained in Counts One, Two and Three of this

23 Indictment are re-alleged and fully incorporated herein for the purpose of alleging forfeiture

24 pursuant to the provisions of 21 U.S.C.§§ 853(a)(1) and (a)(2).

25     2.    Upon a conviction of any of the offenses alleged in Counts One, Two and Three

26 //

27 //

28 //

INDICTMENT       2

1   of this Indictment, the defendants,

2                                      YURI LAMBERT,
                                    JAMES EDMONDS,
3                                    OSHAN COOK, and
                                  VICTORIA VANLAANEN,
4   shall forfeit to the United States all right, title, and interest in property constituting and derived

5   from any proceeds defendants obtained, directly or indirectly, as a result of said violations, and

6   any property used, or intended to be used, in any manner or part, to commit or to facilitate the

7   commission of the said violations.

8        3.       If, as a result of any act or omission of the defendants, any of said property

9                 a.      cannot be located upon the exercise of due diligence;

10                b.      has been transferred or sold to or deposited with, a third person;

11                c.      has been placed beyond the jurisdiction of the Court;

12                d.      has been substantially diminished in value; or

13                e.      has been commingled with other property which cannot be divided without

14                        difficulty;

15   any and all interest defendants have in any other property (not to exceed the value of the above

16   forfeitable property) shall be vested in the United States and forfeited to the United States.

17        All in violation of Title 21, United States Code, Section 853(a)(1), (a)(2), (p) and Rule

18   32.2 of the Federal Rules of Criminal Procedure.

19

20   DATED:                                         A TRUE BILL.
     May 6, 2010
21
                                                   _____
22                                                 FOREPERSON

23
     JOSEPH P. RUSSONIELLO
24   United States Attorney

25

26   BRIAN J. STRETCH
     Chief, Criminal Division
27

28   (Approved as to form:
                        AUSA NICOLE M. KIM



     INDICTMENT                               3