RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile: (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
OSHAN COOK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CR-10-00376 JSW |
|---|---|
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL TO IRVINE, CALIFORNIA FOR BUSINESS PURPOSES** |
| v | |
| OSHAN COOK, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, OSHAN COOK, may be allowed to travel to and from Irvine, California, from May 26, 2010 to June 1, 2010.

On April 26, 2010, the Court released Mr. Cook on a $100,000 Bond secured by real property located at 1031 W. 12th Avenue, Chico California, 95926. This property has been posted. Mr. Cook has obeyed all of his conditions of release to date.

Mr. Cook is the owner and operator of Om Shan Tea, LLC a tea house and tea distributing company. The Do Lab, Inc. has hired Mr. Cook to construct a Tea Temple at

the Lighting in a Bottle Festival in Irvine, California. The details of the event are as follows:

    Location:    Oak Canyon Ranch
                        5305 Santiago Canyon Rd.
                        Irvine, CA 92606

    Event Dates: Setup: May 26, 2010 & May 27, 2010
                        Event: May 28-31, 2010
                        Strike: June 1, 2010

Mr. Allen Lew, the U.S. Pre-Trial Services Officer supervising Mr. Cook has no objection to this travel.

DATED: May 18, 2010                       Tamor & Tamor

                                         By:    /s/ Richard Tamor
                                              RICHARD TAMOR
                                              Attorneys for Defendant
                                              OSHAN COOK

DATED: May 18, 2010                       JOSEPH P. RUSSONIELLO
                                              UNITED STATES ATTORNEY
                                              NORTHERN DISTRICT OF CALIFORNIA

                                         By:    /s/ Nicole Kim
                                              NICOLE KIM
                                              ASSISTANT UNITED STATES ATTORNEY
                                              Attorneys for Plaintiff
                                              UNITED STATES OF AMERICA

///

///

///

///

# ORDER

**FOR GOOD CAUSE SHOWN,**

Mr. Cook shall be allowed to travel to and from Irvine, California, for business purposes as stated in the above stipulation. Mr. Cook shall inform the Pre-Trial Services of his full itinerary. All other conditions of Mr. Cook's Pre-Trial release shall remain the same.

DATED: 05/19/10



HONORABLE JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

3