RICHARD A. TAMOR, ESQ.
TAMOR & TAMOR
1901 Harrison, 9th Floor
Oakland, CA 94612
Telephone: (510) 847-4170
Facsimile: (510) 847-4174
rtamor@TamorLaw.com

Attorneys for Defendant,
OSHAN COOK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

CR10-0376 JSW

| UNITED STATES OF AMERICA, | CASE NO. CR-3-10-70336 BZ |
|---|---|
| Plaintiff | **STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING TRAVEL TO CORNING, CALIFORNIA AND OLYMPIC VALLEY CALIFORNIA** |
| v | |
| OSHAN COOK, | |
| Defendants | |

IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, OSHAN COOK, may be allowed to travel to and from Irvine, California, from July 20, 2010 to August 2, 2010.

On April 26, 2010, the Court released Mr. Cook on a $100,000 Bond secured by real property located at 1031 W. 12th Avenue, Chico California, 95926. This property has been posted. This Court has previously allowed Mr. Cook to travel to Irvine, California from May 26, 2010 to June 1, 2010 and Mr. Cook did so without incident. Mr. Cook has obeyed all of his conditions of release to date.

1

1   Mr. Cook is the owner and operator of Om Shan Tea, LLC a tea house and tea
2   distributing company. Mystic Garden Productions has hired Mr. Cook to construct a Tea
3   Temple at the Mystic Garden Party in Manton, California. The details of the event are as
4   follows:

Location:   Mystic Garden Party
            4759 Wilson Hill Road
            Manton, California

Event Dates: Setup: July 20, 2010
             Event: July 21-25, 2010
             Breakdown: July 26, 2010

Anusura, Inc. has hired Mr. Cook to construct a Tea Temple at the Wanderlust Festival in Olympic Valley, California. The details of the event are as follows:

Location:   Village Anusura
            1960 Squaw Valley Road
            Olympic Valley, California

Event Dates: Setup: July 27, 2010
             Event: July 28, 2010- August 1, 2010
             Breakdown: August 2, 2010

Mr. Allen Lew, the U.S. Pre-Trial Services Officer supervising Mr. Cook has no objection to this travel.

DATED: July 20. 2010

Tamor & Tamor

By:   /s/ Richard Tamor
      RICHARD TAMOR
      Attorneys for Defendant
      OSHAN COOK

2

DATED: July 20, 2010

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY
NORTHERN DISTRICT OF CALIFORNIA

By: _____/s/ Nicole Kim_____
NICOLE KIM
ASSISTANT UNITED STATES ATTORNEY
Attorneys for Plaintiff
UNITED STATES OF AMERICA

///

///

///

///

///

## ORDER

**FOR GOOD CAUSE SHOWN,**

Mr. Cook shall be allowed to travel to and from Manton, California, and Olympic Valley California for business purposes as stated in the above stipulation. Mr. Cook shall inform the Pre-Trial Services of his full itinerary. All other conditions of Mr. Cook's Pre-Trial release shall remain the same.

DATED: 20 July 2010

HONORABLE BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

3