AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☑ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-
    meanor
☑ Felony

PENALTY:
See penalty sheet attachment

**DEFENDANT - U.S.**

▶ YURI LAMBERT

**DISTRICT COURT NUMBER**
CR 10-376 JSW

─── PROCEEDING ───
Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:          **SHOW**
☐ U.S. Att'y ☐ Defense   **DOCKET NO.**

☐ this prosecution relates to a
pending case involving this same
defendant                **MAGISTRATE**
☑ prior proceedings or appearance(s)   **CASE NO.**
before U.S. Magistrate regarding
this defendant were recorded under  10-70336 BZ

Name and Office of Person
Furnishing Information on   Melinda Haag
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     Nicole M. Kim

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
     If not detained give date any prior summons
     was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

   Northern District of California

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other } ☐ Fed'l ☐ State
     charges

   If answer to (6) is "Yes", show name of Institution

Has detainer   ☐ Yes   If "Yes"
been filed?    ☐ No   } give date
                        filed

**DATE OF**                Month/Day/Year
**ARREST**   4/23/2010

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED**        Month/Day/Year
**TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## YURI LAMBERT

**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☑ SUPERSEDING

### OFFENSE CHARGED

21 USC Sections 846, 841(a)(1), 841(b)(1)(C), 841(b)(1)(A)(v)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:

See penalty sheet attachment

---

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**

10-70336 BZ

Name and Office of Person Furnishing Information on THIS FORM
Melinda Haag

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned) Nicole M. Kim

---

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

**▶ JAMES EDMONDS**

DISTRICT COURT NUMBER

CR 10-376 JSW

---

### DEFENDANT

#### IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District of California

#### IS IN CUSTODY

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges
} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year 4/23/2010

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

---

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

### PENALTY SHEET ATTACHMENT:
### JAMES EDMONDS



**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 5**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(v) - Possession with intent to distribute lysergic acid diethylamide (LSD), a Schedule I controlled substance.

Mandatory minimum sentence of 10 years in prison, maximum term of life imprisonment, a $4 million fine, maximum term of supervised release of life, minimum term of supervised release of 5 years, and $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
                                    ☑ SUPERSEDING

──── OFFENSE CHARGED ────

21 USC Sections 846, 841(a)(1), 841(b)(1)(C),
841(b)(1)(A)(v)
                                    ☐ Petty
                                    ☐ Minor
                                    ☐ Misde-
                                         meanor
                                    ☑ Felony

PENALTY:
See penalty sheet attachment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

OSHAN COOK

DISTRICT COURT NUMBER
CR 10-376 JSW

──────── DEFENDANT ────────

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
       If not detained give date any prior summons
       was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
6) ☐ Awaiting trial on other           } ☐ Fed'l ☐ State
       charges

If answer to (6) is "Yes", show name of institution

──── PROCEEDING ────
Name of Complainant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State
    Court, give name of court

☐ this person/proceeding is transferred from another
    district per (circle one) FRCrP 20, 21 or 40. Show
    District

☐ this is a reprosecution of
    charges previously dismissed
    which were dismissed on                SHOW
    motion of:                          DOCKET NO.
    ☐ U.S. Att'y ☐ Defense
☐ this prosecution relates to a
    pending case involving this same
    defendant                        MAGISTRATE
    prior proceedings or appearance(s)   CASE NO.
☑ before U.S. Magistrate regarding
    this defendant were recorded under   10-70336 BZ

Name and Office of Person
Furnishing Information on  Melinda Haag
THIS FORM
              ☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Nicole M. Kim

Has detainer        ☐ Yes  } If "Yes"
been filed?          ☐ No   } give date
                                filed

DATE OF  ▶        Month/Day/Year
ARREST       4/23/2010

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED ▶    Month/Day/Year
TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

──── ADDITIONAL INFORMATION OR COMMENTS ────

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance    *Where defendant previously apprehended on complaint, no new summons
Defendant Address:                      or warrant needed, since Magistrate has scheduled arraignment

                            Date/Time:

                            Before Judge:

Comments:

**PENALTY SHEET ATTACHMENT:**
**OSHAN COOK**



### Count 1

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 2

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 3

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

### Count 4

21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(v) - Possession with intent to distribute lysergic acid diethylamide (LSD), a Schedule I controlled substance.

Mandatory minimum sentence of 10 years in prison, maximum term of life imprisonment, a $4 million fine, maximum term of supervised release of life, minimum term of supervised release of 5 years, and $100 special assessment.

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☑ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

21 USC Sections 846, 841(a)(1), 841(b)(1)(C)

☐ Petty
☐ Minor
☐ Misde-meanor
☑ Felony

PENALTY:
See penalty sheet attachment

DEFENDANT - U.S.

▶ VICTORIA VANLAANEN

DISTRICT COURT NUMBER
CR 10-376 JSW

─── DEFENDANT ───

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons
   was served on above charges

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

─── PROCEEDING ───
Name of Complainant Agency, or Person (&Title, if any)

DEA

☐ person is awaiting trial in another Federal or State
Court, give name of court

☐ this person/proceeding is transferred from another
district per (circle one) FRCrP 20, 21 or 40. Show
District

☐ this is a reprosecution of
charges previously dismissed
which were dismissed on
motion of:      **SHOW**
☐ U.S. Att'y ☐ Defense  **DOCKET NO.**
☐ this prosecution relates to a
pending case involving this same
defendant              **MAGISTRATE**
☑ prior proceedings or appearance(s)  **CASE NO.**
before U.S. Magistrate regarding
this defendant were recorded under
10-70336 BZ

Name and Office of Person
Furnishing Information on
THIS FORM     Melinda Haag
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)     Nicole M. Kim

Has detainer
been filed?  ☐ Yes  If "Yes"
           ☐ No   give date
                  filed

Month/Day/Year
**DATE OF
ARREST**     4/23/2010

Or... if Arresting Agency & Warrant were not

Month/Day/Year
**DATE TRANSFERRED
TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons
or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

## PENALTY SHEET ATTACHMENT:
## VICTORIA VANLAANEN

**Count 1**

21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C) - Conspiracy to distribute and possess with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

**Count 2**

21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) - Possession with intent to distribute 3,4 methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance.

Maximum sentence of 20 years in prison, a $1 million fine, maximum term of supervised release of life, minimum term of supervised release of 3 years, and $100 special assessment.

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: SAN FRANCISCO

*FILED*

*2010 AUG 26  P 3: 19*

---

UNITED STATES OF AMERICA,

V.

YURI LAMBERT, et al.

DEFENDANT(S).

---

# SUPERSEDING INDICTMENT

---

A true bill.

_____
                    Deputy   Foreman

Filed in open court this _____ day of

_____

                            Clerk

_____

Bail, $ _____

· 1    MELINDA HAAG (CABN 132612)
       United States Attorney

 2

 3

 4

 5

 6

 7

 8                           UNITED STATES DISTRICT COURT

 9                        NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11

12    UNITED STATES OF AMERICA          )    No. CR 10-0376 JSW
                                        )
13                                      )    VIOLATIONS: 21 U.S.C. § 846 –
                                        )    Conspiracy to Possess with Intent to
14         v.                           )    Distribute and to Distribute MDMA;
                                        )    21 U.S.C. §§ 841(a)(1) & (b)(1)(C) –
15    YURI LAMBERT,                     )    Possession with Intent to Distribute MDMA;
      JAMES EDMONDS,                    )    21 U.S.C. §§ 841(a)(1) & (b)(1)(A)(v) –
16    OSHAN COOK, and                   )    Possession with Intent to Distribute LSD;
      VICTORIA VANLAANEN,               )    and 18 U.S.C. § 2 – Aiding and Abetting;
17                                      )    Criminal Forfeiture Allegation
                                        )
18         Defendants.                  )    SAN FRANCISCO VENUE
                                        )
19    _____ )

20                           SUPERSEDING INDICTMENT

21    The Grand Jury charges:

22    COUNT ONE:

23         Beginning at a time unknown to the Grand Jury, but no later than in or around March

24    2010, and continuing thereafter up through and including April 22, 2010, both dates being

25    approximate and inclusive, in the Northern District of California and elsewhere, the defendants,

26                                  YURI LAMBERT,
                                    JAMES EDMONDS,
27                                  OSHAN COOK, and
                                    VICTORIA VANLAANEN,
28

      INDICTMENT

1    and others known and unknown, knowingly and intentionally conspired to possess with intent to

2    distribute and to distribute 3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I

3    controlled substance, in violation of Title 21, United States Code, Sections 846, 841(a)(1), and

4    841(b)(1)(C).

5    COUNT TWO:

6         On or about April 22, 2010, in the Northern District of California, the defendants,

7                                    YURI LAMBERT,
                                     JAMES EDMONDS,
8                                    OSHAN COOK, and
                                     VICTORIA VANLAANEN,
9

10   did knowingly and intentionally possess with intent to distribute

11   3,4-Methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation

12   of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States

13   Code, Section 2.

14   COUNT THREE:

15        On or about April 22, 2010, in the Northern District of California, the defendant,

16                                    OSHAN COOK,

17   did knowingly and intentionally possess with intent to distribute 3,4

18   methylenedioxymethamphetamine (MDMA), a Schedule I controlled substance, in violation of

19   Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States

20   Code, Section 2.

21   COUNT FOUR:

22        On or about April 22, 2010, in the Northern District of California, the defendant,

23                                    OSHAN COOK,

24   did knowingly and intentionally possess with intent to distribute a Schedule I controlled

25   substance, to wit:  ten (10) grams or more of a mixture or substance containing a detectable

26   amount of lysergic acid diethylamide, or LSD, in violation of Title 21, United States Code,

27   Sections 841(a)(1) and 841(b)(1)(A)(v), and Title 18, United States Code, Section 2.

28

INDICTMENT                              2

1 | COUNT FIVE:

2 | On or about April 22, 2010, in the Northern District of California, the defendant,

3 | JAMES EDMONDS,

4 | did knowingly and intentionally possess with intent to distribute a Schedule I controlled

5 | substance, to wit: ten (10) grams or more of a mixture or substance containing a detectable

6 | amount of lysergic acid diethylamide, or LSD, in violation of Title 21, United States Code,

7 | Sections 841(a)(1) and 841(b)(1)(A)(v), and Title 18, United States Code, Section 2.

8 | FORFEITURE ALLEGATION:

9 | 1. The factual allegations contained in Counts One, Two, Three and Four of this

10 | Superseding Indictment are re-alleged and fully incorporated herein for the purpose of alleging

11 | forfeiture pursuant to the provisions of 21 U.S.C.§§ 853(a)(1) and (a)(2).

12 | 2. Upon a conviction of any of the offenses alleged in Counts One, Two, Three and

13 | Four of this Superseding Indictment, the defendants,

14 | YURI LAMBERT,
JAMES EDMONDS,
15 | OSHAN COOK, and
VICTORIA VANLAANEN,

16 | shall forfeit to the United States all right, title, and interest in property constituting and derived

17 | from any proceeds defendants obtained, directly or indirectly, as a result of said violations, and

18 | any property used, or intended to be used, in any manner or part, to commit or to facilitate the

19 | commission of the said violations.

20 | 3. If, as a result of any act or omission of the defendants, any of said property

21 | a. cannot be located upon the exercise of due diligence;

22 | b. has been transferred or sold to or deposited with, a third person;

23 | c. has been placed beyond the jurisdiction of the Court;

24 | d. has been substantially diminished in value; or

25 | e. has been commingled with other property which cannot be divided without

26 | difficulty;

27 | any and all interest defendants have in any other property (not to exceed the value of the above

28 | forfeitable property) shall be vested in the United States and forfeited to the United States.

INDICTMENT 3

1    All in violation of Title 21, United States Code, Section 853(a)(1), (a)(2), (p) and Rule

2    32.2 of the Federal Rules of Criminal Procedure.

3

4    DATED:  8/26/10                        A TRUE BILL.

5

6                                      Deputy Juanita Rison
                                              FOREPERSON

7

8    MELINDA HAAG
     United States Attorney

9

10   BRIAN J. STRETCH
     Chief, Criminal Division

11

12   (Approved as to form:                        )
                        AUSA NICOLE M. KIM

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                        4