UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 10-376 JSW |
| v. | <u>TRAVEL ORDER</u> |
| OSHAN COOK, | |
| Defendant. | |
| _____/ | |

Upon request of defendant, and good cause appearing,

IT IS HEREBY ORDERED that defendant OSHAN COOK may travel to Grass Valley, California, from February 17, 2011, to February 18, 2011.

Dated: 27 Jan '11

_____
BERNARD ZIMMERMAN
Magistrate Judge
United States District Court