UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: January 5, 2012                               Time in Court: 6 minutes

Case No.:  CR-10-376-03  JSW          Judge:  Jeffrey S. White

United States of America   v.    Oshan Cook
                                 Present (X) Not Present ( ) In Custody ( )

    Chinyahi Cadet                              Doren Weinberg
    U.S. Attorney                                Defense Counsel

Deputy Clerk: Jennifer Ottolini            Court Reporter: Margo Gurule

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   Defense Counsel is considering discovery motions. Counsel are meeting and conferring to try and work the discovery issues out.

Counsel shall submit a joint status report which will set forth a proposed motion briefing schedule, if needed. Joint Status Report is due on or before 2-16-12.

Case Continued to 2-23-12 at 2:00 p.m. for Further Status / Setting

**TIME EXCLUDABLE PURSUANT TO 18 U.S.C. § 3161** - stipulation/proposed order to be submitted