UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date: February 23, 2012                                    Time in Court: 7 minutes

Case No.:  CR-10-376-03   JSW            Judge:  Jeffrey S. White

United States of America   v.    Oshan Cook
                                                  Present (X) Not Present ( ) In Custody ( )

    Chinyahi Cadet                                       Doren Weinberg
    U.S. Attorney                                            Defense Counsel

Deputy Clerk: Jennifer Ottolini              Court Reporter: Margo Gurule

## PROCEEDINGS

**REASON FOR HEARING:** Status Conference

**RESULT OF HEARING:**   deadline to file additional motions: 3-19-12

This defendant is referred to Mag. Judge Beeler for Settlement Conference to be completed by 5-1-12. An order shall follow.

Case Continued to 7-2-12 at 2:00 p.m. for Pretrial
Case Continued to 7-23-12 at 8:00 a.m. for Jury Trial (5 days)

cc: Lashanda Scott