MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7205
   Fax: (415) 436-7234
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No.  CR 10-0376 JSW |
|---|---|---|
|     Plaintiff, | ) | BRIEF STATEMENT OF THE CASE |
|     v. | ) | Pretrial Conference |
| OSHAN COOK, | ) | Date: July 2, 2012<br>Time: 2:00 p.m. |
|     Defendant. | ) | Trial Date: July 23, 2012 |

      The parties propose that the Court read the following during voir dire and as part of the jury instructions.  The same statement is set forth in full in the Proposed Final Pretrial Order as well as the Proposed Voir Dire:

      In the Superseding Indictment, the defendant, Oshan Cook, is charged with one count of conspiracy to possess with the intent to distribute, and to distribute, 3,4-Methylenedioxymethamphetamine ("MDMA"), a controlled substance which is commonly referred to as ecstacy, two counts of possession with intent to distribute MDMA, and one count of possession with the intent to distribute LSD.

      The government alleges that the Defendant knowingly conspired to and did possess MDMA with the intent to distribute it.  The government alleges that the Defendant supplied the

1  MDMA that was seized during the course of a purchase of that MDMA by an undercover law
2  enforcement officer on April 22, 2010.  The government further alleges that, on April 22, 2010,
3  the Defendant possessed with the intent to distribute approximately 415.8 grams of MDMA in a
4  backpack that he was wearing. The government alleges that, on April 22, 2010, the Defendant
5  possessed with the intent to distribute approximately 39.3 grams of LSD in a backpack that he
6  was wearing.  The Defendant denies all of these allegations.

8  DATED: June 18, 2012                    Respectfully submitted,

9                                          MELINDA HAAG
                                           United States Attorney

11                                                    /s/
                                           CHINHAYI COLEMAN CADET
12                                         PETER B. AXELROD
                                           Assistant United States Attorneys

14  DATED: June 18, 2012
                                                      /s/
15                                         DORON WEINBERG
                                           Attorney for Defendant Oshan Cook

BRIEF STATEMENT OF THE CASE
CR 10-0376 JSW                             2