MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7205
   Fax: (415) 436-7234
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0376 JSW |
|---|---|---|
| Plaintiff, | ) | ADDITIONAL STIPULATION (NUMBERED 8) |
| v. | ) | |
| OSHAN COOK, | ) | Pretrial Conference Date: July 2, 2012 Time: 1:30 p.m. |
| Defendant. | ) | Trial Date: July 23, 2012 |

     In addition to Stipulations 1 through 7, which are set forth in Appendix B of the Proposed Final Pretrial Order filed with the Court on June 18, 2012, the parties agree to the following additional stipulation:

     8.    The United States of America and Defendant Oshan Cook hereby stipulate that the government it took reasonable precautions to preserve the original condition of exhibits 1, 5, 7, and 9 and that there has been no break in the chain of custody for each of those exhibits. The

///

///

///

parties further stipulate that exhibits 1, 5, 7, and 9 meet the evidentiary requirements of authentication under Fed. R. Evid. 901.

DATED: July 2, 2012

Respectfully submitted,
MELINDA HAAG
United States Attorney

_____
CHINHAYI COLEMAN CADET
PETER B. AXELROD
Assistant United States Attorneys

DATED: July 2, 2012

_____
DORON WEINBERG
Attorney for Defendant Oshan Cook

ADDITIONAL STIPULATION (NUMBERED 8)
CR 10-0376 JSW

2