UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTE ORDER

Date:  July 2, 2012                               Time in Court: 37 minutes

**Case No.:  CR-10-376-03   JSW**             **Judge:  Jeffrey S. White**

**United States of America   v.**     **Oshan Cook**
                                       **Present (X) Not Present ( ) In Custody ( )**

    **Chinyahi Cadet / Pete Axelrod**          **Doren Weinberg**
    **U.S. Attorney**                          **Defense Counsel**

Deputy Clerk: Jennifer Ottolini            **Court Reporter: Debra Pas**

## PROCEEDINGS

**REASON FOR HEARING: Pretrial Conference**

**RESULT OF HEARING:**

**I.  Jury Issues.**

    **A. Voir Dire**

       1.    The Court's Intended Voir Dire was e-filed on  June 22, 2012.  Counsel shall file any objections by Monday, July 9, 2012.

       2.    There will be 14 jurors seated (12 plus 2 alternates).  Jury Selection will be held on July 18, 2012 at 8:00 a.m. (Counsel need not be present until 8:30 a.m.)

       3.    Peremptory Challenges:  Pursuant to Federal Rule of Criminal Procedure 24(b)(2), the government shall have 6 and the defendant shall have 10.  Each side shall have one additional peremptory to challenge alternate jurors, which will be exercised after the parties have exercised their peremptory challenges to the regular jurors.

    **B.  Preliminary Instructions**

       1.    The Court's Preliminary Instructions were e-filed on June 22, 2012, and objections are due on July 9, 2012.

       2.    The Court will have jurors sign a certification that they have read and will abide by the "Conduct of the Jury" Instruction, which was distributed to counsel.

       3.    Instruction Regarding Jurors Questioning Witnesses: Objections are due on July 9, 2012.

## II. Exhibits and Witnesses

1. The Government's request to turn over grand jury transcripts to the Defendant: GRANTED.

2. Counsel shall meet and confer and submit a joint filing by July 17, 2012 re: certain evidence that does not constitute Rule 404(b) evidence.

3. The parties request to exclude all witnesses, with the exception of the case agent: GRANTED.

4. Parties shall exchange any demonstratives to be used in opening statements by no later than 4:00 p.m. on Friday, July 20, 2012.

## III. Time

The Court will allow eight (8) court days for trial.
The Court sits from 8:00 a.m. to 1:30 p.m. with two fifteen (15) minute breaks Monday - Thursday, and is dark on Fridays.
The parties shall appear at 7:30 a.m. daily to address any matters to be addressed outside the presence of the jury. The Court intends the jury to be fully occupied between 8:00 a.m. and 1:30 p.m.