**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 10-00376-3 JSW |
| Plaintiff(s), | **ORDER TO FURNISH DAILY REFRESHMENTS** |
| v. | |
| OSHAN COOK, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the fourteen (14) members of the jury in the above-entitled matter beginning **July 23, 2012**, **at 7:15 a.m.**, for the duration of the trial, at the expense of the United States. The trial will be held in Courtroom 11, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102

IT IS SO ORDERED.

Dated: July 13, 2012

_____
JEFFREY S. WHITE
United States District Judge