**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL TRIAL MINUTE ORDER**

Date: July 18, 2012                                                         Time in Court: 5 hours 5 minutes

Case No.: CR-10-376-03   JSW                                   Judge: Jeffrey S. White

**United States of America   v.   Oshan Cook**
                                                    Present (X) Not Present ( ) In Custody ( )

**Chinyahi Cadet  / Pete Axelrod**                 **Doron Weinberg  / Alexis Wilson Briggs**
U.S. Attorney                                                       Defense Counsel

**Deputy Clerk: Jennifer Ottolini**                    Court Reporter: Connie Cook

**PROCEEDINGS**

**REASON FOR HEARING:** Jury Selection

**RESULT OF HEARING:**    (See Attached Trial Sheet and Witness/Exhibit List)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**Case No:** CR-10-376-03 JSW
**Case Name:** USA v. OSHAN COOK

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE**<br>JEFFREY S. WHITE | **GOVERNMENT ATTORNEY:**<br>Chinayi Cadet<br>Pete Axelrod | **DEFENSE ATTORNEY**:<br>Doron Weinberg<br>Alexis Wilson Briggs |
|---|---|---|
| **TRIAL DATE:**<br>July 18, 2012 | **REPORTER(S):**<br>Connie Kuhl | **CLERK**:<br>Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:07 a.m. | | | Court convened. All counsel are present. The Defendant is present. The Prospective Jurors are present. Voir Dire began. |
| | | 10:37 a.m. | | | Court is in recess. |
| | | 10:52 a.m. | | | Court reconvened. All counsel are present. The Defendant is present. The Prospective Jurors are present. Voir Dire continued. |
| | | 12:05 p.m. | | | Court is in recess for 30 minutes. The Court admonished the jury. |
| | | 12:43 p.m. | | | Court reconvened. All counsel are present. The Defendant is present. The Prospective Jurors are present. Voir Dire continued. |
| | | 1:21 p.m. | | | The prospective jurors are admonished and recessed. Court and counsel discuss hardships, challenges for cause and peremptory challenges. |
| | | 2:41 p.m. | | | Court reconvened. All counsel are present. The Defendant is present. The Prospective Jurors are not present. Court and counsel discuss any Batson challenges. |
| | | 2:45 p.m. | | | The Prospective Jurors are present. Voir Dire continued.<br>The final jury and alternates are seated - to be sworn first thing on Monday, July 23, 2012.<br>The Court thanked and excused the remaining jurors. |
| | | 2:58 p.m. | | | The Court instructed the jury on the *Conduct of the Jury*. |
| | | 3:00 p.m. | | | The jury adjourned until Monday, July 23, 2012 at 8:00 a.m. |
| | | 3:05 p.m. | | | Court is in recess until Monday, July 23, 2012 at 8:00 a.m. |