MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7205
   Fax: (415) 436-7234
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0376 JSW |
| Plaintiff, | ) | ***AMENDED* EXHIBIT LIST** |
| v. | ) | |
| OSHAN COOK, | ) | Trial Date: July 23, 2012 |
| Defendant. | ) | |

The United States files this exhibit list to amend the exhibit list previously submitted as part of the final proposed pretrial order in this case, which appears at Docket Number 215-1. The United States reserves its right to modify this exhibit list as trial preparations continue.

DATED: July 20, 2012                    Respectfully submitted,

                                      MELINDA HAAG
                                      United States Attorney

                                      /s/
                                      CHINHAYI COLEMAN CADET
                                      PETER B. AXELROD
                                      Assistant United States Attorneys

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No.:   CR 10-0376 JSW                                          Date: July 23, 2012

*United States of America*   vs.   *Oshan Cook*

# EXHIBIT LIST

(X) Plaintiff                                                      ( ) Defendant

| Exhibit No. | Date Marked for ID | Date Admitted in Evidence | Limitations on use | Bates No. (If Applicable) | Description |
|---|---|---|---|---|---|
| 1 | | | Withdrawn | | All packaging that held MDMA seized from 590 - 63rd Street on 4/22/10 |
| 2 | | | | | Hat box containing MDMA seized from Edmonds |
| 3a | | | | | 1,385 grams of powder MDMA taken from Edmonds on 4/22/10 |
| 3b | | | | | Packaging that contained Ex. 3a |
| 4 | | | Withdrawn | | 28.8 grams of powder MDMA seized from 590 - 63rd Street on 4/22/10 |
| 5 | | | | | 5 plastic "Fresh Breath" liquid mint packages and a Manila envelope that contained liquid LSD taken from 590 - 63rd Street on 4/22/10 |
| 6 | | | | | 21.9 grams of liquid LSD taken from 590 - 63rd Street on 4/22/10 |
| 7 | | | | | Packaging that held the MDMA seized from a backpack carried by Cook on 4/22/10 |
| 8 | | | | | 630.1 grams of powder MDMA taken from a backpack carried by Cook on 4/22/10 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | | | | | 9 plastic "Fresh Breath" liquid mint packages that contained liquid LSD taken from a backpack carried by Cook on 4/22/10 |
| 10 | | | | | 39.3 grams of liquid LSD seized from a backpack carried by Cook on 4/22/10 |
| 11 | | | | | 3 small round metal containers and 2.9 grams of marijuana seized from a backpack carried by Cook on 4/22/10 |
| 12 | | | Withdrawn (Included w/Ex. 11) | | 2.9 grams of marijuana seized from a backpack carried by Cook on 4/22/10 |
| 13 | | | | 00017 | DEA Lab Report re 1,385 grams of powder MDMA seized from Edmonds on 4/22/10 |
| 14 | | | | 00131 | DEA Lab Report re 28.8 grams of powder MDMA seized from 590 - 63rd Street on 4/22/10 |
| 15 | | | | 00129 | DEA Lab Report re 21.9 grams of liquid LSD seized from 590 - 63rd Street on 4/22/10 |
| 16 | | | | 00019 | DEA Lab Report re 630.1 grams of powder MDMA seized from a backpack carried by Cook on 4/22/10 |
| 17 | | | | 00137 | DEA Lab Report re 39.3 grams of liquid LSD seized from a backpack carried by Cook on 4/22/10 |
| 18 | | | | 00139 | DEA Lab Report re 2.9 grams of marijuana seized from a backpack carried by Cook on 4/22/10 |

EXHIBIT LIST
CR 10-0376 JSW                    2

| | | | | | |
|---|---|---|---|---|---|
| 19 | | | | 00220 | DEA Fingerprint Examination Report re the fingerprints of Edmonds on the plastic bags containing MDMA found in Cook's backpack |
| 20 | | | | D0009 | Compact disk containing DEA consensual audio recording of telephone call on 4/22/10, at 3:25 p.m., from Oshan Cook to Edmonds |
| 21 | | | | 000498 | Transcript of Ex. 20 |
| 22 | | | | D0003 00742-00744 | Still photos from video recording of 4/21/10 meeting between Vanlaanen, Lambert and Edmonds |
| 23 | | | Withdrawn | D0004 | Compact disk of a recording of a telephone call between Jay Dial and Yuri Lambert on 4/22/10 |
| 24 | | | Withdrawn | | Transcript of the telephone call between Jay Dial and Yuri Lambert on 4/22/10 |
| 25 | | | Withdrawn | D0005 | Compact disk of a recorded telephone call between Jay Dial and Victoria Vanlaanen on 4/22/10 |
| 26 | | | Withdrawn | | Transcript of the telephone call between Jay Dial and Victoria Vanlaanen on 4/22/10 |
| 27 | | | Withdrawn | D0006 | Excerpts from recording of buy/bust operation on 4/22/10 |
| 28 | | | Withdrawn | | Transcript of excerpts from recording of buy/bust operation on 4/22/10 |
| 29 | | | | 000668-000669 | One AT&T bill seized from Cook's vehicle on 4/22/10 |

EXHIBIT LIST
CR 10-0376 JSW                3

| | | | | | |
|---|---|---|---|---|---|
| 30a | | | | 000671-000672 | Copy of indicia for Omshan Tea seized from the backpack carried by Cook on 4/22/10 |
| 30b | | | | 000670 | Copy of sealed envelope seized from the backpack carried by Cook on 4/22/2010 |
| 30c | | | | | Photograph of sealed envelope seized from a backpack carried by Cook on 4/22/2010 |
| 31 | | | | | One black "Incase" backpack Cook was wearing during his arrest |
| 32a | | | | D0010 1864.jpg | Photograph of MDMA found in a backpack carried by Cook on 4/22/2010 |
| 32b | | | | D0010 1866.jpg | Photograph of metal container containing marijuana found in a backpack carried by Cook on 4/22/2010 |
| 32c | | | | D0010 1867.jpg | Photograph of MDMA, LSD, marijuana and other items found in a backpack carried by Cook on 4/22/2010 |
| 32d | | | | D0010 1869.jpg | Close-up photograph of LSD, marijuana, sealed envelope, computer |
| 32e | | | | D0010 1868.jpg | Photograph of blue bag containing MDMA and MDMA found in a backpack carried by Cook on 4/22/2010 |
| 33a | | | | | Black Virgin Mobile Telephone (415-637-2440) seized from Cook on 4/22/10 |
| 33b | | | | D0010 1863 | Picture of Ex. 33a taken on 4/22/2010 with backpack |

| | | | | | |
|---|---|---|---|---|---|
| 34 | | | | 34-1 to 34-43 (excerpts from 000405-000480) | Photographs taken from the telephone seized from Cook on 4/22/10 |
| 35 | | | | 000358-000362 | Documents from Enterprise Rental |
| 36a | | | | D0010 | Photograph of the car Cook was driving on 4/22/2010 |
| 36b | | | | D0010 | Photograph of the car Cook was driving 4/22/2010 |
| 36c | | | | D0010 | Photograph of the car Cook was driving 4/22/2010 |
| 37 | | | Withdrawn | D0013 | AT&T phone records for Edmonds' land line |
| 38 | | | Withdrawn | D0013 | Sprint/Virgin cellular phone records for Cook's cell phone number 415-637-2440 |
| 39 | | | Withdrawn | | Plea Agreement by James Edmonds |
| 40 | | | | D0012 | Photograph of scale seized from 590 - 63rd Street on 4/22/10 |
| 41 | | | Withdrawn | | Photographs taken at 590 - 63rd Street on 4/22/10 |
| 42 | | | | 000119 | DEA sketch of 590 - 63rd Street on 4/22/10 |
| 43a | | | | | Evidence bag that contained cash seized from Cook on 4/22/2010 |
| 43b | | | | 000691 | Copy of Bank of America cashier's check for $2,262.00 |
| 44 | | | Withdrawn | | Recording of Oshan Cook's Court appearance on 4/23/2010 |
| 45 | | | Withdrawn | | Transcript of the recording of Oshan Cook's Court appearance on 4/23/2010 |

EXHIBIT LIST
CR 10-0376 JSW          5

| | | | | | |
|---|---|---|---|---|---|
| 46 | | | Withdrawn | | Recording of Oshan Cook's Court appearance on 4/26/2010 |
| 47 | | | Withdrawn | | Transcript of the recording of Oshan Cook's Court appearance on 4/26/2010 |
| 48 | | | | 000481 | DEA Fingerprint Examination Report re plastic bags containing MDMA seized from Edmonds and backpack carried by Cook |
| 49 | | | | 000482 | DEA Fingerprint Examination Report re bottles, ziplocs and envelope found in a backpack carried by Cook |
| 50 | | | | 000735 | Demonstrative enlarged charted images of a developed latent print and a known subject print identified as a match to the latent print. The identifying characteristics have been marked on each image |
| 51 | | | | 000634-000664 | Forensic Chemist's Worksheets w/ handwritten notes |
| 52 | | | | | Demonstrative of an aerial map of Oakland and Berkeley |
| 53 | | | | 000692-000729 | Notes from Michael Hall re DEA Exhibit 8 |
| 54 | | | | 0041-0045 | Undercover Report for 4/21/2010 |
| 55 | | | | 0046-0050 | Surveillance Report for 4/21/2010 |
| 56 | | | | 0051-0055 | 4/22/2010 Search of 590 - 63rd Street |
| 57 | | | | 0056a-0062 | 4/22/2010 Arrest Report |
| 58 | | | | 0071-0077 | Undercover Report dated 4/22/2010 |
| 59 | | | | 0078-0084 | Search incident to arrest of Cook on 4/22/2010 |

| 100 –> | | | | | [RESERVED FOR DEFENDANT] |
|---|---|---|---|---|---|
| | | | | | |

EXHIBIT LIST
CR 10-0376 JSW                              7