UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTE ORDER**

Date:  July 23, 2012                                      Time in Court:  5 hours 10 minutes

Case No.:  CR-10-376-03   JSW                    Judge:  Jeffrey S. White

**United States of America    v.        Oshan Cook**
                                              Present (X) Not Present ( ) In Custody ( )

   Chinyahi Cadet / Pete Axelrod          Doron Weinberg  / Alexis Wilson Briggs
   U.S. Attorney                                         Defense Counsel

**Deputy Clerk: Jennifer Ottolini**              **Court Reporter: Connie Kuhl**

**PROCEEDINGS**

**REASON FOR HEARING:** Jury Trial (Day 1)

**RESULT OF HEARING:**    (See Attached Trial Sheet and Witness/Exhibit List)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: CR-10-376-03 JSW
Case Name: USA v. OSHAN COOK

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| DISTRICT JUDGE JEFFREY S. WHITE | GOVERNMENT ATTORNEY: Chinayi Cadet Pete Axelrod | DEFENSE ATTORNEY: Doron Weinberg Alexis Wilson Briggs |
|---|---|---|
| TRIAL DATE: July 23, 2012 | REPORTER(S): Connie Kuhl | CLERK: Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:50 a.m. | | | Court convened. All Counsel are present. The Defendant is present. The jury is not present. Court and counsel discuss a note received from Juror No. 14. |
| | | 7:57 a.m. | | | Juror no. 14 is brought into open court. Court and counsel make inquiry of Juror no. 14. |
| | | 8:02 a.m. | | | Juror no. 14 retired to the jury room. Court and counsel discuss Juror No. 14's statements. |
| | | 8:05 a.m. | | | The jury is present. The Court informed the jury of the court's schedule. |
| | | 8:08 a.m. | | | The jury is sworn. |
| | | 8:09 a.m. | | | The Court preliminarily instructed the jury. |
| | | 8:20 a.m. | | | Opening statement on behalf of the Government is given by Ms. Cadet. |
| | | 8:34 a.m. | | | Opening statement on behalf of the Defendant is given by Mr. Weinberg. |
| | | 8:43 a.m. | | | The Government called **JAY DOUGLAS DIAL,** who was sworn and testified under direct examination by Pete Axelrod. |
| 60A | | | X | X | Photograph of Black Hat Box (Closed) |
| 60B | | | X | X | Photograph of Black Hat Box (Open) |
| 60C | | | X | X | Photograph of MDMA in black outer bag and clear inner bags |
| 2 | | | X | X | Black Hat Box |
| 60D | | | X | X | Photograph of MDMA from buy/bust |
| 3A | | | X | X | MDMA taken from Edmonds on 4-22-10 |

2

Case No: CR-10-376-03 JSW
Case Title: USA v. Oshan Cook

**EXHIBIT and WITNESS LIST** Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| 32A | | | X | X | Photograph of Cooks Black backpack with blue bag containing MDMA |
| 32C | | | X | X | Photograph of MDMS, LSD, and Marijuana and other items found in backpack carried by Cook on 4-22-10 |
| 32E | | | X | | Photograph of blue bag containing MDMA and MDMA found in backpack carried by Cook on 4-22-10 |
| 61 | | | X | X | Photograph of 9 containers of LSD from Cook backpack |
| 9 | | | X | X | Evidence Bag containing 9 "Fresh Breath" liquid mint packages containing LSD. |
| 33B | | | X | X | Photograph of cell phone |
| 33A | | | X | X | Cell Phone |
| 30A | | | X | X | Copies of Om Sha Tea Postcards |
| 30B | | | X | X | Copy of envelope from Cooks backpack |
| 31 | | | X | X | Black Backpack |
| 43A | | | X | | Evidence Bag containing cash seized from Cook on 4-22-10 |
| 8 | | | X | X | Evidence Bag containing MDMA seized from Cook's backpack |
| | | 9:42 a.m. | | | The jury is admonished and court is recessed for 15 minutes |
| | | 10:02 a.m. | | | Court reconvened.<br>All counsel are present.<br>The Defendant is present.<br>The jury is present.<br>Cross examination of **JAY DOUGLAS DIAL** by Mr. Weinberg. |
| | | 10:20 a.m. | | | Witness is thanked and excused.<br>The Government called **KENNETH JOHN GLENN** who was sworn and testified under direct examination by Ms. Cadet. |
| 57 | | | X | | Arrest report dated 4-22-10 |
| 20 | | | X | X | CD containing DEA consensual audio recording of telephone call on 4-22-10 at 3:25 p.m. from Cook to Edmonds. |
| 21 | | | X | X | Transcript of exhibit 20 |

Case No: CR-10-376-03 JSW
Case Title: USA v. Oshan Cook

## EXHIBIT and WITNESS LIST Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:43 a.m. | | | Sidebar conference held (reported) |
| | | 10:59 a.m. | | | Sidebar conference concluded. Cross examination of **KENNETH JOHN GLENN** by Mr. Weinberg. |
| | | 11:01 a.m. | | | Witness is thanked and excused. Sidebar conference held (reported) |
| | | 11:05 a.m. | | | Sidebar conference concluded. The Government called **DAVID JAMES MATEER**, who was sworn and testified under direct examination by Mr. Axelrod |
| 52 | | | X | X | Demonstrative of an aerial map of Oakland and Berkeley |
| 43A | | | | X | Evidence Bag containing cash seized from Cook on 4-22-10 |
| 36A | | | X | X | Photograph of rear of vehicle |
| 36B | | | X | X | Photograph of driver side of vehicle |
| | | 11:25 a.m. | | | The jury is admonished and court recessed for 15 minutes. |
| | | 11:45 a.m. | | | Court reconvened. All counsel are present. The Defendant is present. The jury is present. The witness, **DAVID JAMES MATEER**, resumed the witness stand and is voir dired by Mr. Weinberg. |
| | | 11:49 a.m. | | | Direct examination of **DAVID JAMES MATEER** by Mr. Axelrod, continued. |
| | | 11:52 a.m. | | | Cross examination of **DAVID JAMES MATEER** by Mr. Weinberg. |
| | | 12:00 p.m. | | | Re-direct examination of **DAVID JAMES MATEER** by Mr. Axelrod. |
| | | 12:01 p.m. | | | Witness is thanked and excused. The Government called **ROBERT KNIGHT**, who was sworn and testified under direct examination by Ms. Cadet. |
| | | 12:29 p.m. | | | Cross examination of **ROBERT KNIGHT** by Mr. Weinberg. |
| | | 12:49 p.m. | | | Re-direct examination of **ROBERT KNIGHT** by Ms. Cadet. |

4

**Case No: CR-10-376-03 JSW**
**Case Title: USA v. Oshan Cook**

## EXHIBIT and WITNESS LIST Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:50 p.m. | | | Witness is thanked and excused. The Government called **DENNIS TSANG**, who was sworn and testified under direct examination by Mr. Axelrod. |
| 42 | | | X | X | DEA sketch of 590 63rd Street on 4-22-10 |
| 56 | | | X | | Search of 590 63rd Street on 4-22-10 |
| | | 1:21 p.m. | | | The Court admonished the jury and is in recess until Tuesday, July 24, 2012 at 8:00 a.m. |
| | | 1:29 p.m. | | | Court is in recess until Tuesday, July 24, 2012 at 8:00 a.m. |