**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL TRIAL MINUTE ORDER**

**Date: July 24, 2012** **Time in Court: 3 hours 48 minutes**

**Case No.: CR-10-376-03 JSW** **Judge: Jeffrey S. White**

**United States of America v. Oshan Cook**
**Present (X) Not Present ( ) In Custody ( )**

**Chinyahi Cadet / Pete Axelrod**
**U.S. Attorney**

**Doron Weinberg / Alexis Wilson Briggs**
**Defense Counsel**

**Deputy Clerk: Jennifer Ottolini** **Court Reporter: Connie Kuhl**

**PROCEEDINGS**

**REASON FOR HEARING: Jury Trial (Day 2 )**

**RESULT OF HEARING: (See Attached Trial Sheet and Witness/Exhibit List)**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No: CR-10-376-03 JSW**
**Case Name: USA v. OSHAN COOK**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **DISTRICT JUDGE** | **GOVERNMENT ATTORNEY:** | **DEFENSE ATTORNEY**: |
|---|---|---|
| JEFFREY S. WHITE | Chinayi Cadet<br>Pete Axelrod | Doron Weinberg<br>Alexis Wilson Briggs |
| **TRIAL DATE:**<br>July 24, 2012 | **REPORTER(S):**<br>Connie Kuhl | **CLERK**:<br>Jennifer Ottolini |

| **GOVT NO.:** | **DEF NO.:** | **TIME** | **ID** | **ADM** | **DESCRIPTION** |
|---|---|---|---|---|---|
| | | 7:38 a.m. | | | Court convened.<br>All counsel are present.<br>The Defendant is present.<br>The Jury is not present.<br>Court and counsel discuss note received from Juror no. 11 |
| | | 7:42 a.m. | | | Juror no. 11is now present in open court and is questioned by the Court. |
| | | 7:47 a.m. | | | Juror no. 11 retired to the jury room. Court and counsel further discuss note received. |
| | | 7:50 a.m. | | | Court is in recess. |
| | | 8:03 a.m. | | | Court reconvened.<br>All counsel are present.<br>The Defendant is present.<br>The Jury is present.<br>Cross examination of **DENNIS TSANG**, previously sworn, by Mr. Weinberg. |
| | | 8:20 a.m. | | | Witness is thanked and excused.<br>The Government called **BRITTANY HUNTINGTON**, who was sworn and testified under direct examination by Ms. Cadet. |
| | | 8:23 a.m. | | | The Government offered the witness as an expert in ***Forensic Chemistry***.<br>No objection by the Defendant.<br>The witness, **BRITTANY HUNTINGTON**, is deemed an expert in the field of ***Forensic Chemistry***. |
| 3b | | | X | X | Packaging that contained Ex. 3a |
| 7 | | | X | X | Packaging that held the MDMA seized from a backpack carried by Cook on 4-22-10. |
| 10 | | | X | X | 39.3 grams of liquid LSD seized from a backpack carried by Cook on 4-22-10. |

**Case No: CR-10-376-03 JSW**
**Case Title: USA v. Oshan Cook**

**EXHIBIT and WITNESS LIST**
**Continued**

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:41 a.m. | | | Cross examination of **BRITTANY HUNTINGTON** by Mr. Weinberg. |
| | 14 | | X | | DEA Lab Report re 1385 |
| | | 8:43 a.m. | | | Re-direct examination of **BRITTANY HUNTINGTON** by Ms. Cadet. |
| 11 | | | X | X | 3 small round metal containers and 2.9 grams of marijuana seized from a backpack carried by Cook on 4-22-10. |
| | | 8:45 a.m. | | | Witness is thanked and excused.<br>The Government called **MICHAEL HALL**, who was sworn and testified under direct examination by Mr. Axelrod. |
| | | 8:48 a.m. | | | The Government offered the witness as an expert in ***Fingerprint Processing.***<br>No objection by the Defendant.<br>The witness, **MICHAEL HALL**, is deemed an expert in the field of ***Fingerprint Processing.*** |
| 50 | | | X | | Demonstrative enlarged chart of a developed latent print and a known subject print identified as a match to the latent print |
| 5 | | | X | | 5 plastic "Fresh Breath" liquid mint packages and a manila envelope that contained liquid LSD taken from 590 63rd Street on 4-22-10. |
| | | 9:16 a.m. | | | Cross examination of **MICHAEL HALL** by Mr. Weinberg. |
| | | 9:20 a.m. | | | Witness is thanked and excused.<br>Sidebar conference held (reported). |
| | | 9:24 a.m. | | | Sidebar conference concluded.<br>The Jury is admonished and recessed. |
| | | 9:27 a.m. | | | The jury is not present.<br>Court and counsel discuss page 34-8 of Ex. 34. |
| | | 9:47 a.m. | | | Court is in recess. |
| | | 10:11 a.m. | | | Court reconvened.<br>All counsel are present.<br>The Defendant is present.<br>The Jury is not present.<br>The Court and counsel discussed matters outside the presence of the jury. |

**Case No: CR-10-376-03 JSW**
**Case Title: USA v. Oshan Cook**

**EXHIBIT and WITNESS LIST**
Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:16 a.m. | | | The jury is now present.<br>The Government called **JIM JOSEPH BUSH,** who was sworn and testified under direct examination by Mr. Axelrod. |
| 34 | | | X | X | Photographs taken from the telephone seized from Cook on 4-22-10. |
| | | 10:50 a.m. | | | Sidebar conference held (reported). |
| | | 10:53 a.m. | | | Sidebar conference concluded.<br>Cross examination of **JIM JOSEPH BUSH** by Mr. Weinberg. |
| | | 11:02 a.m. | | | Sidebar conference held (reported). |
| | | 11:05 a.m. | | | Sidebar conference concluded.<br>Cross examination of **JIM JOSEPH BUSH** by Mr. Weinberg continued. |
| | | 11:09 a.m. | | | Re-direct examination of **JIM JOSEPH BUSH** by Mr. Axelrod. |
| | | 11:10 a.m. | | | Witness is thanked and returned to counsel table.<br>The Government called **KARL NICHOLS**, who was sworn and testified under direct examination by Ms. Cadet. |
| | | 11:15 a.m. | | | The Government offered the witness as an expert in ***Drug Trafficking.***<br>The witness, **KARL NICHOLS**, is deemed an expert in the field of ***Drug Trafficking.*** |
| | | 11:29 a.m. | | | The jury is admonished and recessed.<br>Court and counsel discuss timing of jury instructions. |
| | | 11:33 a.m. | | | Court is in recess. |
| | | 11:49 a.m. | | | Court reconvened.<br>All counsel are present.<br>The Defendant is present.<br>The Jury is present.<br>Direct examination of **KARL NICHOLS** by Ms. Cadet continued. |
| | | 11:59 a.m. | | | Cross examination of **KARL NICHOLS** by Mr. Weinberg. |

**Case No: CR-10-376-03 JSW**
**Case Title: USA v. Oshan Cook**

**EXHIBIT and WITNESS LIST**
Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:01 p.m. | | | Re-direct examination of **KARL NICHOLS,** by Ms. Cadet. |
| | | 12:03 p.m. | | | The witness is thanked and excused.<br>The Government Rests.<br>Sidebar conference held (reported). |
| | | 12:04 p.m. | | | Sidebar conference concluded.<br>The Defendant rests. |
| | | 12:12 p.m. | | | The Court admonished the jury and the jury is recessed until Wednesday, July 25, 2012 at 8:00 a.m. |
| | | 12:13 p.m. | | | Court and counsel discuss jury instructions.<br>Counsel shall jointly e-file any objections / additional instructions by 3:00 p.m. today.<br>Counsel shall submit an index of exhibits. |
| | | 12:20 p.m. | | | Court is in recess until Wednesday, July 25, 2012 at 8:00 a.m. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |