MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7205
   Fax: (415) 436-7234
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0376 JSW |
| Plaintiff, | JOINT FILING REGARDING FINAL PROPOSED JURY INSTRUCTIONS |
| v. | |
| OSHAN COOK, | |
| Defendant. | |

The parties met and conferred in person regarding the Proposed Final Jury Instructions. The parties agree as follows:

<u>What is Not Evidence</u> (on page 6)

The parties agree that the highlighted language at lines 13-14 should be stricken.

<u>Defendant's Decision not to Testify</u> (on page 8)

The parties agree that the text from lines 4 through 8 should be stricken.

<u>Government's Use of Undercover Agents and Informants</u> (on page 16)

The parities propose that the words "and from an informant James Edmonds, who were both" be stricken from line 3, and that "who was" should be inserted in place of those words.

<u>Conspiracy – Elements</u> (on page 20)

The parties agree that the word "which" should be stricken from line 3.  The parties agree to the highlighted proposed modification, and agree that the sentence from lines 13 - 15 should read "'To distribute' means to deliver or transfer possession of a controlled substance to another person, with or without any financial interest in that transaction."

Additionally, the parties agree that the following instructions should be stricken in their entirety:

Other Crimes, Wrongs or Acts of Defendant (on page 13);

Impeachment Evidence – Witness (on page 14);

Testimony of Witness Involving Guilty Plea (on page 15);

Summaries Not Received in Evidence (on page 18); and,

Charts and Summaries in Evidence (on page 19).

DATED: July 24, 2012            Respectfully submitted,

MELINDA HAAG
United States Attorney

         /s/
CHINHAYI COLEMAN CADET
PETER B. AXELROD
Assistant United States Attorneys

DATED: July 24, 2012

         /s/
DORON WEINBERG
Attorney for Defendant Oshan Cook

JOINT FILING REGARDING FINAL PROPOSED JURY INSTRUCTIONS
CR 10-0376 JSW                          2