MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7205
   Fax: (415) 436-7234
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-0376 JSW |
|    Plaintiff, | ADDITIONAL JOINT FILING REGARDING FINAL PROPOSED JURY INSTRUCTIONS |
|    v. | |
| OSHAN COOK, | |
|    Defendant. | |

     The parties have reviewed the Court's proposed final instructions, which incorporate the revisions in the parties' earlier joint filing.  The parties further agree as follows:

     The parties note what appears to be a typographical error, in that pages 13 and 14 are presently blank.  The parties agree that those blank pages should be deleted.

     With respect to the "Controlled Substance – Possession with Intent to Distribute MDMA instruction (on page 19), the parties request that the text ",on or about April 22, 2010," be inserted on line 3 between the words "distribute" and "in".

///

///

Similarly, with respect to "Controlled Substance – Possession with Intent to Distribute Lysergic Acid Diethylamide ("LSD") instruction (on page 20), the parties request that the text ",on or about April 22, 2010," be inserted on line 5 between the words "distribute" and "in".

DATED: July 24, 2012              Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney


                                           /s/
                                  CHINHAYI COLEMAN CADET
                                  PETER B. AXELROD
                                  Assistant United States Attorneys

DATED: July 24, 2012
                                           /s/
                                  DORON WEINBERG
                                  Attorney for Defendant Oshan Cook