UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTE ORDER**

Date: July 25, 2012                                        Time in Court: 3 hours 1 minute

Case No.: CR-10-376-03   JSW                              Judge: Jeffrey S. White

United States of America   v.        Oshan Cook
                                      Present (X) Not Present ( ) In Custody ( )

    Chinyahi Cadet / Pete Axelrod              Doron Weinberg  / Alexis Wilson Briggs
    U.S. Attorney                                Defense Counsel

Deputy Clerk: Jennifer Ottolini                            Court Reporter: Connie Kuhl

**PROCEEDINGS**

**REASON FOR HEARING:** Jury Trial (Day  3)

**RESULT OF HEARING:**    (See Attached Trial Sheet and Witness/Exhibit List)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No: CR-10-376-03 JSW**
**Case Name: USA v. OSHAN COOK**

### TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE** JEFFREY S. WHITE | **GOVERNMENT ATTORNEY:** Chinayi Cadet Pete Axelrod | **DEFENSE ATTORNEY**: Doron Weinberg Alexis Wilson Briggs |
|---|---|---|
| **TRIAL DATE:** July 25, 2012 | **REPORTER(S):** Connie Kuhl | **CLERK**: Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:05 a.m. | | | Court convened. All counsel are present. The jury is not present. Court and counsel discuss matters outside the presence of the jury. |
| | | 8:09 a.m. | | | The jury is present. The Court begins instructing the jury. |
| | | 8:25 a.m. | | | Closing argument on behalf of the Government by Mr. Axelrod. |
| | | 9:04 a.m. | | | The jury is admonished and court is in recess. |
| | | 9:15 a.m. | | | Court reconvened. All counsel are present. The jury is present. Closing argument on behalf of the Defendant by Mr. Weinberg |
| | | 10:01 a.m. | | | Rebuttal argument on behalf of the Government by Mr. Axelrod. |
| | | 10:14 a.m. | | | The Court completes instruction of the jury. |
| | | 10:19 a.m. | | | The Court addressed the alternate Jurors (no. 3 and no. 8) and placed them on telephone standby. |
| | | 10:27a.m. | | | The jury retired to deliberate. |
| | | 10:28 a.m. | | | Court is in recess. |
| | | 11:16 a.m. | | | Note received from the jury. Counsel and Court Reporter are assembled. |
| | | 11:32 a.m. | | | Court reconvened. All Counsel are present. The jury is not present The Defendant's presence is waived. Court and counsel discuss note received from the jury. |
| | | 11:34 a.m. | | | Court is in recess and the note with the answers from Court and Counsel is returned to the jury. |
| | | 12:00 p.m. | | | The jury separated for lunch. |

**Case No: CR-10-376-03 JSW**

**Case Title:  USA v. Oshan Cook**

**EXHIBIT and WITNESS LIST**
Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 1:00 p.m. | | | The jury, having all assembled in the jury room, retire to continue their deliberations. |
| | | 1:50 p.m. | | | Note received from the jury. |
| | | 2:07 p.m. | | | Court reconvened.<br>All Counsel are present.<br>The Defendant is present.<br>The jury is not present.<br>Court and counsel discuss note received from jury. |
| | | 2:16 p.m. | | | The note from the jury is answered and that answer is submitted to the jury.<br>Court is in recess. |
| | | 2:50 p.m. | | | Note received from jury. |
| | | 3:03 p.m. | | | Court reconvened.<br>All Counsel are present.<br>The Defendant is present.<br>The jury is not present.<br>Court and counsel discuss note received from jury. |
| | | 3:10 p.m. | | | The note is returned to the jury with an inquiry. |
| | | 3:17 p.m. | | | The jury returned the note.<br>Court and counsel discuss the response from the jury, |
| | | 3:21 p.m. | | | The jury is returned to open court. |
| | | 3:24 p.m. | | | The jury is admonished and recessed for the evening to return on Thursday, July 26, 2012 at 8:00 a.m. to continue their deliberations. |
| | | 3:27 p.m. | | | Court is in recess for the evening.  Counsel shall be present at 7:30 a.m. on 7-26-12. |