**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL TRIAL MINUTE ORDER**

Date:  July 26, 2012                                        Time in Court: 33 minutes

Case No.:  CR-10-376-03   JSW                   Judge:  Jeffrey S. White

**United States of America   v.**       **Oshan Cook**
                                     Present (X) Not Present ( ) In Custody ( )

      **Chinyahi Cadet / Pete Axelrod**         **Doron Weinberg  / Alexis Wilson Briggs**
           **U.S. Attorney**                            **Defense Counsel**

**Deputy Clerk: Jennifer Ottolini**            **Court Reporter: Connie Kuhl**

**PROCEEDINGS**

**REASON FOR HEARING:** Jury Trial (Day 4)

**RESULT OF HEARING:**    (See Attached Trial Sheet and Witness/Exhibit List)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No: CR-10-376-03 JSW**
**Case Name: USA v. OSHAN COOK**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE** JEFFREY S. WHITE | **GOVERNMENT ATTORNEY:** Chinayi Cadet  Pete Axelrod | **DEFENSE ATTORNEY**: Doron Weinberg  Alexis Wilson Briggs |
|---|---|---|
| **TRIAL DATE:** July 26, 2012 | **REPORTER(S):** Connie Kuhl | **CLERK**: Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:38 a.m. | | | Court convened. All Counsel are present. The Defendant is present. The jury is not present. Court and counsel discuss matters outside the presence of the jury. |
| | | 7:54 a.m. | | | Court is in recess. |
| | | 8:04 a.m. | | | The jury, having all assembled in the jury room, retire to continue deliberations. |
| | | 8:29 a.m. | | | Note received from the jury. |
| | | 8:39 a.m. | | | Court convened. All Counsel are present. The Defendant is present. The jury is not present. Court and counsel discuss note received from the jury. |
| | | 8:44 a.m. | | | The jury is now present. The Court made inquiry re: note received from the jury. |
| | | 8:46 a.m. | | | They jury is polled by the Court re: further deliberations |
| | | 8:50 a.m. | | | The Court declared a mistrial. The jury is discharged. |
| | | 8:54 a.m. | | | The exhibits are ordered returned to the Government. The Court set a Status Conference for **8-2-12 at 2:30 p.m.** A Status Report shall be filed by 8-1-12. |
| | | 8:56 a.m. | | | Court is adjourned. |