**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No.:   CR 10-0376 JSW                                  Date: July 23, 2012

*United States of America*   vs.   *Oshan Cook*

## EXHIBIT LIST

(X) Plaintiff                                                    ( ) Defendant

| Exhibit No. | Date Marked for ID | Date Admitted in Evidence | Limitations on use | Bates No. (If Applicable) | Description |
|---|---|---|---|---|---|
| 1 | | | Withdrawn | | All packaging that held MDMA seized from 590 - 63rd Street on 4/22/10 |
| 2 | JUL 23 2012 | JUL 23 2012 | | | Hat box containing MDMA seized from Edmonds |
| 3a | JUL 23 2012 | JUL 23 2012 | | | 1,385 grams of powder MDMA taken from Edmonds on 4/22/10 |
| 3b | JUL 24 2012 | JUL 24 2012 | | | Packaging that contained Ex. 3a |
| 4 | | | Withdrawn | | 28.8 grams of powder MDMA seized from 590 - 63rd Street on 4/22/10 |
| 5 | JUL 24 2012 | | | | 5 plastic "Fresh Breath" liquid mint packages and a Manila envelope that contained liquid LSD taken from 590 - 63rd Street on 4/22/10 |
| 6 | | | | | 21.9 grams of liquid LSD taken from 590 - 63rd Street on 4/22/10 |
| 7 | JUL 24 2012 | JUL 24 2012 | | | Packaging that held the MDMA seized from a backpack carried by Cook on 4/22/10 |
| 8 | JUL 23 2012 | JUL 23 2012 | | | 630.1 grams of powder MDMA taken from a backpack carried by Cook on 4/22/10 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 9 | A JUL 23 2012 | JUL 23 2012 | | | 9 plastic "Fresh Breath" liquid mint packages that contained liquid LSD taken from a backpack carried by Cook on 4/22/10 |
| 2 | 10 | A JUL 24 2012 | JUL 24 2012 | | | 39.3 grams of liquid LSD seized from a backpack carried by Cook on 4/22/10 |
| 3 | 11 | A JUL 24 2012 | JUL 24 2012 | | | 3 small round metal containers and 2.9 grams of marijuana seized from a backpack carried by Cook on 4/22/10 |
| 4 | 12 | | | Withdrawn (Included w/Ex. 11) | | 2.9 grams of marijuana seized from a backpack carried by Cook on 4/22/10 |
| 5 | 13 | | | | 00017 | DEA Lab Report re 1,385 grams of powder MDMA seized from Edmonds on 4/22/10 |
| 6 | 14 | JUL 24 2012 | | | 00131 | DEA Lab Report re 28.8 grams of powder MDMA seized from 590 - 63rd Street on 4/22/10 |
| 7 | 15 | | | | 00129 | DEA Lab Report re 21.9 grams of liquid LSD seized from 590 - 63rd Street on 4/22/10 |
| 8 | 16 | | | | 00019 | DEA Lab Report re 630.1 grams of powder MDMA seized from a backpack carried by Cook on 4/22/10 |
| 9 | 17 | | | | 00137 | DEA Lab Report re 39.3 grams of liquid LSD seized from a backpack carried by Cook on 4/22/10 |
| 10 | 18 | | | | 00139 | DEA Lab Report re 2.9 grams of marijuana seized from a backpack carried by Cook on 4/22/10 |

EXHIBIT LIST
CR 10-0376 JSW

2

| | | | | | |
|---|---|---|---|---|---|
| 19 | | | | 00220 | DEA Fingerprint Examination Report re the fingerprints of Edmonds on the plastic bags containing MDMA found in Cook's backpack |
| 20 | JUL 23 2012 | JUL 23 2012 | | D0009 | Compact disk containing DEA consensual audio recording of telephone call on 4/22/10, at 3:25 p.m., from Oshan Cook to Edmonds |
| 21 | JUL 23 2012 | JUL 23 2012 | | 000498 | Transcript of Ex. 20 |
| 22 | | | | D0003 00742-00744 | Still photos from video recording of 4/21/10 meeting between Vanlaanen, Lambert and Edmonds |
| 23 | | | Withdrawn | D0004 | Compact disk of a recording of a telephone call between Jay Dial and Yuri Lambert on 4/22/10 |
| 24 | | | Withdrawn | | Transcript of the telephone call between Jay Dial and Yuri Lambert on 4/22/10 |
| 25 | | | Withdrawn | D0005 | Compact disk of a recorded telephone call between Jay Dial and Victoria Vanlaanen on 4/22/10 |
| 26 | | | Withdrawn | | Transcript of the telephone call between Jay Dial and Victoria Vanlaanen on 4/22/10 |
| 27 | | | Withdrawn | D0006 | Excerpts from recording of buy/bust operation on 4/22/10 |
| 28 | | | Withdrawn | | Transcript of excerpts from recording of buy/bust operation on 4/22/10 |
| 29 | | | | 000668-000669 | One AT&T bill seized from Cook's vehicle on 4/22/10 |

| | | | | | |
|---|---|---|---|---|---|
| 30a | JUL 23 2012 | JUL 23 2012 | | 000671-000672 | Copy of indicia for Omshan Tea seized from the backpack carried by Cook on 4/22/10 |
| 30b | JUL 23 2012 | JUL 23 2012 | | 000670 | Copy of sealed envelope seized from the backpack carried by Cook on 4/22/2010 |
| 30c | | | | | Photograph of sealed envelope seized from a backpack carried by Cook on 4/22/2010 |
| 31 | JUL 23 2012 | JUL 23 2012 | | | One black "Incase" backpack Cook was wearing during his arrest |
| 32a | JUL 23 2012 | JUL 23 2012 | | D0010 1864.jpg | Photograph of MDMA found in a backpack carried by Cook on 4/22/2010 |
| 32b | | | | D0010 1866.jpg | Photograph of metal container containing marijuana found in a backpack carried by Cook on 4/22/2010 |
| 32c | JUL 23 2012 | JUL 23 2012 | | D0010 1867.jpg | Photograph of MDMA, LSD, marijuana and other items found in a backpack carried by Cook on 4/22/2010 |
| 32d | | | | D0010 1869.jpg | Close-up photograph of LSD, marijuana, sealed envelope, computer |
| 32e | JUL 23 2012 | | | D0010 1868.jpg | Photograph of blue bag containing MDMA and MDMA found in a backpack carried by Cook on 4/22/2010 |
| 33a | JUL 23 2012 | JUL 23 2012 | | | Black Virgin Mobile Telephone (415-637-2440) seized from Cook on 4/22/10 |
| 33b | JUL 23 2012 | JUL 23 2012 | | D0010 1863 | Picture of Ex. 33a taken on 4/22/2010 with backpack |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 1-4 | 34 | JUL 24 2012 | JUL 24 2012 | | 34-1 to 34-43 (excerpts from 000405-000480) | Photographs taken from the telephone seized from Cook on 4/22/10 |
| 5 | 35 | | | | 000358-000362 | Documents from Enterprise Rental |
| 6-7 | 36a | JUL 23 2012 | JUL 23 2012 | | D0010 | Photograph of the car Cook was driving on 4/22/2010 |
| 8-9 | 36b | JUL 23 2012 | JUL 23 2012 | | D0010 | Photograph of the car Cook was driving 4/22/2010 |
| 10-11 | 36c | | | | D0010 | Photograph of the car Cook was driving 4/22/2010 |
| 12 | 37 | | | Withdrawn | D0013 | AT&T phone records for Edmonds' land line |
| 13-14 | 38 | | | Withdrawn | D0013 | Sprint/Virgin cellular phone records for Cook's cell phone number 415-637-2440 |
| 15-16 | 39 | | | Withdrawn | | Plea Agreement by James Edmonds |
| 17-18 | 40 | | | | D0012 | Photograph of scale seized from 590 - 63rd Street on 4/22/10 |
| 19 | 41 | | | Withdrawn | | Photographs taken at 590 - 63rd Street on 4/22/10 |
| 20 | 42 | JUL 23 2012 | JUL 23 2012 | | 000119 | DEA sketch of 590 - 63rd Street on 4/22/10 |
| 21-22 | 43a | JUL 23 2012 | JUL 23 2012 | | | Evidence bag that contained cash seized from Cook on 4/22/2010 |
| 23-24 | 43b | | | | 000691 | Copy of Bank of America cashier's check for $2,262.00 |
| 25-26 | 44 | | | Withdrawn | | Recording of Oshan Cook's Court appearance on 4/23/2010 |
| 27-28 | 45 | | | Withdrawn | | Transcript of the recording of Oshan Cook's Court appearance on 4/23/2010 |

EXHIBIT LIST
CR 10-0376 JSW                5

| | | | | | | |
|---|---|---|---|---|---|---|
| 46 | | | | Withdrawn | | Recording of Oshan Cook's Court appearance on 4/26/2010 |
| 47 | | | | Withdrawn | | Transcript of the recording of Oshan Cook's Court appearance on 4/26/2010 |
| 48 | | | | | 000481 | DEA Fingerprint Examination Report re plastic bags containing MDMA seized from Edmonds and backpack carried by Cook |
| 49 | | | | | 000482 | DEA Fingerprint Examination Report re bottles, ziplocs and envelope found in a backpack carried by Cook |
| 50 | JUL 24 2012 | | | | 000735 | Demonstrative enlarged charted images of a developed latent print and a known subject print identified as a match to the latent print. The identifying characteristics have been marked on each image |
| 51 | | | | | 000634-000664 | Forensic Chemist's Worksheets w/ handwritten notes |
| 52 | JUL 23 2012 | JUL 23 2012 | | | | Demonstrative of an aerial map of Oakland and Berkeley |
| 53 | | | | | 000692-000729 | Notes from Michael Hall re DEA Exhibit 8 |
| 54 | | | | | 0041-0045 | Undercover Report for 4/21/2010 |
| 55 | | | | | 0046-0050 | Surveillance Report for 4/21/2010 |
| 56 | JUL 23 2012 | | | | 0051-0055 | 4/22/2010 Search of 590 - 63rd Street |
| 57 | JUL 23 2012 | | | | 0056a-0062 | 4/22/2010 Arrest Report |
| 58 | | | | | 0071-0077 | Undercover Report dated 4/22/2010 |
| 59 | | | | | 0078-0084 | Search incident to arrest of Cook on 4/22/2010 |

EXHIBIT LIST
CR 10-0376 JSW                                  6

| | | | | |
|---|---|---|---|---|
| 60a | JUL 23 2012 | JUL 23 2012 | D0012 DSC00115.jpg | Photograph of hatbox (closed) |
| 60b | JUL 23 2012 | JUL 23 2012 | D0012 DSC00116.jpg | Photograph of hatbox (open) |
| 60c | JUL 23 2012 | JUL 23 2012 | D0012 DSC00114.jpg | Photograph of MDMA in black outerbag and clear inner bags |
| 60d | JUL 23 2012 | JUL 23 2012 | D0012 Ex.1 | Photograph of MDMA from buy/bust |
| 61 | JUL 23 2012 | JUL 23 2012 | D0012 Ex.10 | Photograph of 9 containers w/LSD from Cook backpack |
| 62 | | | D0012 Ex.10 | Photograph of MDMA from Cook backpack |
| 100 –> | | | | [RESERVED FOR DEFENDANT] |
| | | | | |