1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   PETER B. AXELROD (CABN 190843)
5  Assistant United States Attorneys

6      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
7      Telephone: (415) 436-7205
       Fax: (415) 436-7234
8      E-Mail: chinhayi.cadet@usdoj.gov

9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                            SAN FRANCISCO DIVISION
13

14
   UNITED STATES OF AMERICA,        )    No. CR 10-0376 JSW
15                                  )
         Plaintiff,                 )    JOINT CASE STATUS MEMORANDUM
16                                  )
      v.                            )
17                                  )
   OSHAN COOK,                      )
18                                  )
         Defendant.                 )
19                                  )
                                    )
20 _____ )

21     The parties submit this Joint Case Status Memorandum as ordered by the Court on July

22 26, 2012.

23     **Procedural Background**

24     On August 26, 2010, the Grand Jury returned a five count Superseding Indictment, in

25 which Defendant Oshan Cook is charged in Counts One, Two, Three, and Four. Count One

26 charges Conspiracy to Distribute and Possess with Intent to Distribute MDMA in violation of 21

27 U.S.C. §§ 846 and 841(a)(1). Counts Two and Three charge Possession with Intent to Distribute

28
   JOINT STATUS MEMORANDUM
   CR 10-0376 JSW

MDMA in violation of 21 U.S.C. § 841(a)(1). Count Four charges Possession with Intent to Distribute LSD in violation of 21 U.S.C. § 841(a)(1).

Mr. Cook proceeded to trial on July 23, 2012. On July 26, 2012, the jury deadlocked, and the Court declared a mistrial.

**Case Status**

In light of a pre-paid vacation and a 3-week trial beginning on September 4, 2012, defense counsel is unavailable to re-try the case on October 1, 2012. The parties jointly request that the re-trial of the case against Mr. Cook be scheduled to take place on October 29, 2012. The parties agree that time is properly excluded for effective preparation of counsel and continuity of counsel.

The defense intends to request that the Court re-open the issue of the suppression of the backpack. The government opposes this request."

Respectfully submitted,

DATED: July 31, 2012
      /s/
DORON WEINBERG
Attorney for Defendant Cook

DATED: July 31, 2012
MELINDA HAAG
United States Attorney

      /s/
CHINHAYI COLEMAN CADET
Assistant United States Attorney

JOINT STATUS MEMORANDUM
CR 10-0376 JSW