1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
5 | Assistant United States Attorneys

6 | 450 Golden Gate Ave., Box 36055
San Francisco, California 94102
7 | Telephone: (415) 436-7205
Fax: (415) 436-7234
8 | E-Mail: chinhayi.cadet@usdoj.gov

9 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0376 JSW |
| Plaintiff, ) | |
| v. ) | NOTICE OF DISMISSAL OF COUNT TWO AS TO DEFENDANT OSHAN COOK; [PROPOSED] ORDER |
| OSHAN COOK, ) | |
| Defendant. ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Two of the Superseding Indictment (filed on August 26, 2010) without prejudice as to Defendant Oshan Cook.

DATED: August 2, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____
MIRANDA KANE
Chief, Criminal Division

NOTICE OF DISMISSAL
CR 10-0376 JSW

Defendant has not opposed the request in the time permitted by the Court. Accordingly,

**[PROPOSED] ORDER**

Leave is granted to the government to dismiss Count Two of the Superseding Indictment without prejudice as to Defendant Oshan Cook.

DATED: August 20, 2012

_____
HONORABLE JEFFREY S. WHITE
United States District Judge