1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 9102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant OSHAN COOK

6              IN THE UNITED DISTRICT COURT

7         FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,       )   NO.   CR-10-00376-JSW
9                                  )
              Plaintiff,            )   **STIPULATION TAKING**
10                                 )   **SETTLEMENT CONFERENCE OFF**
         vs.                       )   **CALENDAR; (PROPOSED) ORDER**
11                                 )
   OSHAN COOK,                     )
12                                 )
              Defendant.            )
13 _____ )

14     The Court ordered that a settlement conference be held before Magistrate Judge Laurel

15 Beeler, and that conference is presently scheduled for Wednesday, August 29, 2012 at 9:30 a.m.

16 It is Defendant's belief, however, that a settlement conference at this time would not be

17 productive, and Defendant has so informed the government.  Accordingly, Defendant, through

18 undersigned counsel, and the United States, through undersigned counsel, stipulate and request

19 that the presently scheduled settlement conference be taken off calendar.

20                                      Respectfully submitted,

21                                      LAW OFFICES OF DORON WEINBERG

22
   Dated: August 22, 2012               /s/ Doron Weinberg
23                                      DORON WEINBERG
                                        Attorney for Defendant
24                                      OSHAN COOK

25 ///

26 ///

27
   Stipulation Taking Settlement
28 Conference Off Calendar; (Proposed)
   Order  (No. CR-S-10-376 JSW)                 1

|  |  |
|---|---|
|  | MELINDA HAAG<br>United States Attorney<br>Northern District of California |
| Dated: August 22, 2012 | By: /s/ Chinhayi Cadet<br>CHINHAYI CADET<br>Assistant United States Attorney<br>For Plaintiff UNITED STATES OF AMERICA |

**IT IS SO ORDERED:**

Dated: _____

HONORABLE LAUREL BEELER
Magistrate Judge, U.S. District Court
Northern District of California

Stipulation Taking Settlement
Conference Off Calendar; (Proposed)
Order (No. CR-S-10-376 JSW)

2