1  DORON WEINBERG (SBN 46131)
   LAW OFFICES OF DORON WEINBERG
2  523 Octavia Street
   San Francisco, CA 9102
3  Telephone: (415) 431-3472
   Facsimile:  (415) 552-2703
4  Email: doronweinberg@aol.com

5  Attorney for Defendant OSHAN COOK

6                    IN THE UNITED DISTRICT COURT

7               FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,          )     NO.   CR-10-00376-JSW
9                                      )
             Plaintiff,                )     STIPULATION TAKING
10                                     )     SETTLEMENT CONFERENCE OFF
             vs.                       )     CALENDAR; (PROPOSED) ORDER
11                                     )
   OSHAN COOK,                         )
12                                     )
             Defendant.               )
13  _____ )

14       The Court ordered that a settlement conference be held before Magistrate Judge Laurel

15  Beeler, and that conference is presently scheduled for Wednesday, August 29, 2012 at 9:30 a.m.

16  It is Defendant's belief, however, that a settlement conference at this time would not be

17  productive, and Defendant has so informed the government.  Accordingly, Defendant, through

18  undersigned counsel, and the United States, through undersigned counsel, stipulate and request

19  that the presently scheduled settlement conference be taken off calendar.

20                                    Respectfully submitted,

21                                    LAW OFFICES OF DORON WEINBERG

22
   Dated: August 22, 2012              /s/ Doron Weinberg
23                                     DORON WEINBERG
                                       Attorney for Defendant
24                                     OSHAN COOK

25  ///

26  ///

27
   Stipulation Taking Settlement
28  Conference Off Calendar; (Proposed)
   Order  (No. CR-S-10-376 JSW)              1

1

2

MELINDA HAAG
United States Attorney
Northern District of California

3

4

Dated: August 22, 2012

By: /s/ Chinhayi Cadet
CHINHAYI CADET
Assistant United States Attorney
For Plaintiff UNITED STATES OF AMERICA

5

6

7

8

**IT IS SO ORDERED:**

9

10

Dated: August 27, 2012

11

HONORABLE LAUREL BEELER
Magistrate Judge, U.S. District Court
Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Taking Settlement
Conference Off Calendar; (Proposed)
Order  (No. CR-S-10-376 JSW)

2