1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CHINHAYI COLEMAN CADET (CABN 194542)
   PETER B. AXELROD (CABN 190843)
5  Assistant United States Attorneys

6     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
7     Telephone:  (415) 436-7200
      Fax: (415) 436-7234
8     E-Mail: chinhayi.cadet@usdoj.gov

9  Attorneys for the United States of America

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    No.  CR 10-0376 JSW
                                     )
14          Plaintiff,               )    BRIEF STATEMENT OF THE CASE
                                     )
15          v.                       )    Pretrial Conference
                                     )    Date: October 15, 2012
16  OSHAN COOK,                      )    Time: 2:00 p.m.
                                     )
17          Defendant.               )    Trial Date: October 29, 2012
                                     )
18  ─────────────────────────────   )

19

20        The parties propose that the Court read the following during voir dire and as part of the

21  jury instructions.  The same statement is set forth in full in the Proposed Final Pretrial Order as

22  well as the Proposed Voir Dire:        In the Superseding Indictment, the defendant, Oshan Cook,

23  is charged with one count of conspiracy to possess with the intent to distribute, and to distribute,

24  3,4-Methylenedioxymethamphetamine ("MDMA"), a controlled substance which is commonly

25  referred to as ecstasy, one count of possession with intent to distribute MDMA, and one count of

26  possession with the intent to distribute lysergic acid diethylamide ("LSD").

27        The government alleges that the Defendant conspired to distribute the MDMA that was

28  seized during the course of a purchase of that MDMA by an undercover law enforcement officer

on April 22, 2010.  The government further alleges that, on April 22, 2010, the Defendant

possessed with the intent to distribute approximately 415.8 grams of MDMA in a backpack that

he was wearing.  The government alleges that, on April 22, 2010, the Defendant possessed with

the intent to distribute approximately 39.3 grams of LSD in a backpack that he was wearing.  The

Defendant denies all of these allegations.

DATED: October 1, 2012                      Respectfully submitted,
                                            MELINDA HAAG
                                            United States Attorney


                                                     /s/
                                            CHINHAYI COLEMAN CADET
                                            PETER B. AXELROD
                                            Assistant United States Attorneys

DATED: October 1, 2012

                                                     /s/
                                            DORON WEINBERG
                                            Attorney for Defendant Oshan Cook