UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTE ORDER**

Date:  October 24, 2012                                            Time in Court: 4 hours 45 minutes

Case No.:  CR-10-376-03   JSW                                    Judge:  Jeffrey S. White

United States of America   v.        Oshan Cook
                                      Present (X) Not Present ( ) In Custody ( )

    Chinyahi Cadet / Pete Axelrod           Doron Weinberg
    U.S. Attorney                           Defense Counsel

Deputy Clerk: Jennifer Ottolini                  Court Reporter: Connie Kuhl


**PROCEEDINGS**

**REASON FOR HEARING:** Jury Selection   (Day 1)

**RESULT OF HEARING:**    (See Attached Trial Sheet and Witness/Exhibit List)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No: CR-10-376-03 JSW**
**Case Name: USA v. OSHAN COOK**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE** JEFFREY S. WHITE | **GOVERNMENT ATTORNEY:** Chinayi Cadet / Pete Axelrod | **DEFENSE ATTORNEY**: Doron Weinberg |
|---|---|---|
| **TRIAL DATE:** October 24, 2012 | **REPORTER(S):** Connie Kuhl | **CLERK**: Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:15 a.m. | | | Court convened. All counsel are present. The defendant is present. The prospective jurors are present and have been sworn. Voir dire began. |
| | | 11:05 a.m. | | | The Court admonished the jury. Court is in recess for 10 minutes. |
| | | 11:20 a.m. | | | Court reconvened. All counsel are present The defendant is present. The prospective jurors are present. Voir dire continued. |
| | | 12:40 p.m. | | | The Court admonished the prospective jurors and the prospective jurors recess. Court and counsel discuss hardships and excuses for cause. |
| | | 1:42 p.m. | | | The prospective jurors are ushered into open court. The jury is seated. The Court thanked and excused the remaining jurors. |
| | | 1:43 p.m. | | | The Court instructed the jury re: Conduct of the Jury. |
| | | 1:52 p.m. | | | The jurors retired to be oriented by the clerk. |
| | | 2:00 p.m. | | | Court is adjourned until Monday, October 29, 2012 at 8:00 a.m. |

2