MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

CHINHAYI COLEMAN CADET (CABN 194542)
PETER B. AXELROD (CABN 190843)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7205
   Fax: (415) 436-7234
   E-Mail: chinhayi.cadet@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-0376 JSW |
|---|---|
| Plaintiff, | ) ADDITIONAL STIPULATION |
| v. | ) (NUMBERED 9) |
| OSHAN COOK, | ) |
| Defendant. | ) Trial Date: October 29, 2012 |

     In addition to Stipulations 1 through 8, which are set forth in Appendix B of the Proposed Final Pretrial Order filed with the Court on October 1, 2012, the parties agree to the following additional stipulation:

///

///

///

///

///

1  9. The United States of America and Defendant Oshan Cook hereby stipulate that all documents within folders labeled with the notation N15 on Disk 15 came from Defendant Oshan Cook's computer.

DATED: October 29, 2012           Respectfully submitted,
                                  MELINDA HAAG
                                  United States Attorney

                                  _____/s/_____
                                  CHINHAYI COLEMAN CADET
                                  PETER B. AXELROD
                                  Assistant United States Attorneys

DATED: October 29, 2012
                                  _____/s/_____
                                  DORON WEINBERG
                                  Attorney for Defendant Oshan Cook

ADDITIONAL STIPULATION (NUMBERED 9)
CR 10-0376 JSW