UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL TRIAL MINUTE ORDER**

Date: October 31, 2012                                   Time in Court: 5 hours 20 minutes

Case No.: CR-10-376-03   JSW                             Judge: Jeffrey S. White

United States of America   v.       Oshan Cook
                                    Present (X) Not Present ( ) In Custody ( )

    Chinyahi Cadet / Pete Axelrod                Doron Weinberg
    U.S. Attorney                                Defense Counsel

**Deputy Clerk: Jennifer Ottolini**                      **Court Reporter: Connie Kuhl**

**PROCEEDINGS**

**REASON FOR HEARING:** Jury Trial (Day 4)

**RESULT OF HEARING:**   (See Attached Trial Sheet and Witness/Exhibit List)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No: CR-10-376-03 JSW**
**Case Name: USA v. OSHAN COOK**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE**<br>JEFFREY S. WHITE | **GOVERNMENT ATTORNEY:**<br>Chinayi Cadet<br>Pete Axelrod | **DEFENSE ATTORNEY**:<br>Doron Weinberg |
|---|---|---|
| **TRIAL DATE:**<br>October 31, 2012 | **REPORTER(S):**<br>Connie Kuhl | **CLERK**:<br>Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:46 a.m. | | | Court convened.<br>All Counsel are present.<br>The Defendant is present.<br>The jury is not present.<br>A note was received by Juror # 4<br>Court and counsel discuss matters outside the presence of the jury. |
| | | 8:02 a.m. | | | The jury is present.<br>Direct examination of **KARL NICHOLS**, previously sworn and deemed an expert in the field of Drug Trafficking, continued by Ms. Cadet. |
| 69 | | | | X | Pay Owe Sheet - Events & To Do Items from 3/30 to 5/31/10 (33 pages) |
| | | 8:21 a.m. | | | Cross examination of **KARL NICHOLS** by Mr. Weinberg. |
| | H | | X | X | Om Shan Tea Timeline |
| | I | | X | X | Letter dated 11-28-08 on Om Shan Tea letterhead |
| | F | | X | X | Events & To Do Calendar -  pg 23/26 |
| | E | | X | X | Events & To Do Calendar -  pg 24/28 |
| | D | | X | X | Events & To Do Calendar -  pg 22/25 |
| | C | | X | X | Events & To Do Calendar -  pg 27/30 |
| | B | | X | X | Events & To Do Calendar -  pg 23/27 |
| | | 8:52 a.m. | | | Re-direct examination of **KARL NICHOLS** by Ms. Cadet.. |
| | | 9:07 a.m. | | | Witness is thanked and excused.  The jury is admonished and recessed.  Court and counsel discuss matters outside the presence of the jury. |
| | | 9:13 a.m. | | | The Government rests.<br>The Defendant moved pursuant to Rule 29; and for Mistrial / New Trial |

Case No: CR-10-376-03 JSW
Case Title:  USA v. Oshan Cook

**EXHIBIT and WITNESS LIST**
Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:18 a.m. | | | For the reasons set for on the records, the Motions are DENIED. |
| 101 | | | X | | CD |
| 102 | | | X | | Transcript of CD |
| | | 9:20 a.m. | | | Court is in recess. |
| | | 9:55 a.m. | | | Court reconvened.<br>All Counsel are present.<br>The Defendant is present.<br>The jury is present.<br>The Government read into the record a Stipulation re: Testimony of Danielle DesFossis |
| | | 9:58 a.m. | | | The Government formally rests their case.<br>No evidence to be given by the Defendant.<br>The Court begins instruction of the jury. |
| | | 10:14 a.m. | | | Sidebar conference held. |
| | | 10:16 a.m. | | | Sidebar conference concluded. |
| | | 10:17 a.m. | | | Closing argument on behalf of the Government is given to the jury by Mr. Axelrod. |
| | | 10:43 a.m. | | | The jury is admonished.  Court is in recess for 10 minutes. |
| | | 10:59 a.m. | | | Court reconvened.<br>All Counsel are present.<br>The Defendant is present.<br>The jury is present.<br>Final argument on behalf of the Defendant is given to the jury by Mr. Weinberg. |
| | | 11:37 a.m. | | | Final argument on behalf of the Government is given to the jury by Mr. Axelrod. |
| | | 11:46 a.m. | | | The Court completed instruction of the jury. |
| | | 11:51 a.m. | | | The Court thanks and places the Alternate Jurors on telephone standby. |
| | | 11:58 a.m. | | | Sidebar conference held. |
| | | 12:00 p.m. | | | Sidebar conference concluded. |
| | | 12:01 p.m. | | | The jury retires to jury room.  The Court kept Juror #4 behind to discuss note received earlier today. |

3

**Case No: CR-10-376-03 JSW**
**Case Title:  USA v. Oshan Cook**

### EXHIBIT and WITNESS LIST
Continued

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:04 p.m. | | | Juror #4 has retired to join the remainder of the jurors. The jury retired to deliberate. |
| | | 1:30 p.m. | | | The jury, having completed their deliberations for the day, recessed until 8:00 a.m. November 1, 2012. |

4