UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL TRIAL MINUTE ORDER

Date:  November 1, 2012                          Time in Court: 5 hours 18 minutes

Case No.:  CR-10-376-03   JSW                    Judge:  Jeffrey S. White

United States of America   v.        Oshan Cook
                                     Present (X) Not Present ( ) In Custody ( )

    Chinyahi Cadet / Pete Axelrod        Doron Weinberg
    U.S. Attorney                         Defense Counsel

Deputy Clerk: Jennifer Ottolini                  Court Reporter: Connie Kuhl


### PROCEEDINGS

**REASON FOR HEARING:** Jury Trial (Day 5 )

**RESULT OF HEARING:**    (See Attached Trial Sheet and Witness/Exhibit List)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Case No: CR-10-376-03 JSW**
**Case Name: USA v. OSHAN COOK**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| **DISTRICT JUDGE**<br>JEFFREY S. WHITE | **GOVERNMENT ATTORNEY:**<br>Chinayi Cadet<br>Pete Axelrod | **DEFENSE ATTORNEY**:<br>Doron Weinberg |
|---|---|---|
| **TRIAL DATE:**<br>November 1, 2012 | **REPORTER(S):**<br>Connie Kuhl | **CLERK**:<br>Jennifer Ottolini |

| GOVT NO.: | DEF NO.: | TIME | ID | ADM | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | The jury, having all assembled in the jury room, retire to continue deliberations. |
| | | 9:40 a.m. | | | The jury recessed for a break. |
| | | 9:58 a.m. | | | The jury, having all assembled in the jury room, retire to continue deliberations. |
| | | 12:48 p.m. | | | The jury informed the clerk that they have reached a verdict. Counsel and the Defendant are summoned to the courtroom. |
| | | 1:08 p.m. | | | Court convened.<br>All counsel are present.<br>The Defendant is present. |
| | | 1:09 p.m. | | | The jury is returned to open court with their verdict.<br>The jury finds the defendant guilty on all counts as charged. |
| | | 1:12 p.m. | | | The Defendant requested the polling of the jury.<br>The Court polled the jury.<br>All jurors answered this is their true and correct verdict. |
| | | 1:15 p.m. | | | The jury is thanked and excused.<br>The Defendant renewed his motions - DENIED.<br>The Government moved for the defendant's remand pending sentencing. |
| | | 1:18 p.m. | | | Motion GRANTED.  The Defendant is remanded to the custody of the U. S. Marshal Service.<br>The Defendant is referred to the US Probation Office for the preparation of a Presentence Report and Recommendation.<br><br>Matter continued to 1-17-13 at 2:00 p.m. for Sentencing. |