**FILED**
NOV 01 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OSHAN COOK,

    Defendant.

No. CR 10-00376 JSW

**VERDICT FORM**

**Count One:**

We, the Jury, unanimously find the defendant, Oshan Cook,

    __X__ GUILTY

    _____ NOT GUILTY

of conspiracy to possess with intent to distribute, or to distribute, 3,4-Methylenedioxymethamphetamine ("MDMA" or "ecstasy") as charged, in violation of 21 U.S.C. §§ 841 and 846.

**Count Three:**

We, the Jury, unanimously find the defendant, Oshan Cook,

    __X__ GUILTY

    _____ NOT GUILTY

of possession with intent to distribute 3,4-Methylenedioxymethamphetamine ("MDMA" or "ecstasy") as charged, in violation of 21 U.S.C. §841.

**Count Four:**

1. We, the Jury, unanimously find the defendant, Oshan Cook,

    __X__ GUILTY

    ____ NOT GUILTY

of possession with intent to distribute lysergic acid diethylamide ("LSD") as charged, in violation of 21 U.S.C. §841.

2. We, the Jury, having found the defendant guilty of possession with intent to distribute lysergic acid diethylamide ("LSD") as charged, further find that he possessed with intent to distribute a mixture or substance weighing in the amount shown below containing a detectable amount of LSD (place an X in the appropriate box):

    (a) Weighing at least 10 grams [X]

    (b) Weighing less than 10 grams [ ]

Dated: Nov. 1, 2012

_Richard Schulze_
FOREPERSON

2