Case 4:10-cr-00376-JSW   Document 402   Filed 01/26/16   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Oshan Cook | ) | Case No: | CR-10-00376-003 JSW |
| | ) | USM No: | 14619-111 |
| Date of Original Judgment: 04/29/2013 | ) | | |
| Date of Previous Amended Judgment: | ) | Gabriela Bischof (AFPD) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 151 months **is reduced to** 121 months*.

*(Complete Parts I and II of Page 2 when motion is granted)*

*121 months on each of Counts One, Three, and Four to be served concurrently.

Except as otherwise provided, all provisions of the judgment dated 04/29/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 01/26/2016

*Judge's signature* — Jeffrey S. White

Honorable Jeffrey S. White, U.S. District Judge
*Printed name and title*

Effective Date: _____
*(if different from order date)*